**COMP**

E-filed on:  July 3rd, 2014

Howard C. Kim, Esq.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
Katherine C.S. Carstensen, Esq.
Nevada Bar No. 10656
E-mail: katherine@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for David A. Rosenberg,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-11-19196-BTB |
| SUNRAY PETROLEUM, INC., | Chapter 11 |
| Debtor. | Adversary No. |
| DAVID A. ROSENBERG, Chapter 11 Trustee, | |
| Plaintiff, | **ADVERSARY COMPLAINT** |
| vs. | |
| DAVID MICHAEL FLYNN | |
| Defendant. | Judge: Hon. Bruce T. Beesley |

David A. Rosenberg, solely in his capacity as Chapter 11 Trustee ("Trustee") for the bankruptcy estate of Sunray Petroleum, Inc. ("Debtor"), by and through his counsel of record Howard Kim & Associates, respectfully submits this adversary complaint against defendant David Michael Flynn ("Defendant" or "Flynn"), and alleges as follows:

///

///

///

- 1 -

*HOWARD KIM & ASSOCIATES*
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

## I.  JURISDICTION

1.      This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b) and 157(b).

2.      Venue of this adversary proceeding is proper in this Court pursuant to 28 U.S.C. § 1409.

3.      This adversary proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (B), and (H).

## II.  GENERAL ALLEGATIONS

4.      The Trustee fully incorporates and re-alleges paragraph 1 through 3 as though fully set forth herein.

5.      On June 10, 2011 ("Petition Date"), Debtor filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code [Dkt. No. 1].

6.      James W. Scott ("Scott"), president of the Debtor, served as debtor-in-possession from the Petition Date until October 15, 2012, when the Office of the United States Trustee ("UST") determined it was necessary to appoint a Chapter 11 trustee to properly administer the estate [Dkt. No. 85].

7.      On October 16, 2012, David A. Rosenberg was appointed as Chapter 11 Trustee for the case [Dkt. No. 92].

8.      Prior to the Petition Date, on March 31, 2010, Scott entered into a Loan Agreement (the "Agreement") with Defendant Flynn wherein Flynn agreed to lend Mainstream Ventures, Inc. ("Mainstream Ventures") One Hundred and Twenty Five Thousand Dollars ($125,000.00).  *See Agreement*, attached hereto as "**Exhibit 1**".

9.      Pursuant to the Agreement, the loan to Mainstream Ventures was secured by a personal guarantee by Scott and by certain collateral owned by the Debtor (the "Assets").  The Assets used to secure the loan are described in detail in the Agreement.  *See Agreement*, Exhibit 1, at Exhibit C and D.

10.      On or around February 22, 2011, Defendant Flynn filed a UCC-1 lien on Debtor's Assets.  *See Flynn Proof of Claim*, attached hereto as "**Exhibit 2**" at pg. 17-27.

11.    On October 12, 2011, Defendant Flynn filed a proof of claim in the Debtor's bankruptcy case for money owed pursuant to the Agreement. *See Claims Registry*, Proof of Claim No. 24-1. Flynn's proof of claim is in the amount of Six Hundred and One Thousand Six Hundred Fifty Five Dollars and Four Cents ($601,655.04). *See Id.*

## III.    FIRST CAUSE OF ACTION
### (Fraudulent Conveyance – 11 USC §§ 548 and 550)

12.    The Trustee incorporates and re-alleges paragraphs 1 through 11 as though fully set forth herein.

13.    Pursuant to 11 U.S.C. § 548(a)(1):

> The trustee may avoid any transfer . . . of an interest in property. . . that was made within 2 years before the date of the filing of the petition . . . if the debtor . . . (A) made such transfer . . . with the actual intent to hinder, delay or defraud any entity to which the debtor was or became, on or after the date that such transfer was made . . .indebted; or (B)(i) received less than reasonably equivalent value in exchange for such transfer . . . ; and (ii)(I) was insolvent on the date that such transfer was made . . . or became insolvent as a result of such transfer . . . (ii)(II) was engaged in business or a transaction . . . (ii)(IV) or made such a transaction for the benefit of an insider. . . .

14.    Upon information and belief, Scott, as president of the Debtor, is an insider.

15.    The Trustee alleges that the Agreement was made within two years prior to the filing of Debtor's bankruptcy petition.

16.    Upon information and belief, Debtor received less than reasonably equivalent value in exchange for the Agreement and corresponding obligations.

17.    Upon information and belief, Debtor's Assets were used to secure the Agreement for the benefit of Scott and not for the benefit of the Debtor.

18.    Upon information and belief, Debtor was insolvent on the dates the transfers were made or such obligations were incurred, or Debtor became insolvent as a result of such transfers or obligations.

19.    Upon information and belief, the Agreement constitutes a fraudulent conveyance pursuant to 11 USC § 548.

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

## IV.     SECOND CAUSE OF ACTION
### (Fraudulent Transfer – Nev. Rev. Stat. § 112.140 et seq.)

20.     The Trustee incorporates and re-alleges paragraphs 1 through 19 as though fully set forth herein.

21.     Pursuant to Nev. Rev. Stat. § 112.180(1):

A transfer made or obligation incurred by a debtor is fraudulent as to a creditor, whether the creditor's claim arose before or after the transfer was made or the obligation was incurred, if the debtor made the transfer or incurred the obligation:  (a) with actual intent to hinder, delay or defraud any creditor or debtor; or (b) without receiving a reasonably equivalent value in exchange for the transfer or obligation, and the debtor: (1) Was engaged or was about to engage in a business or a transaction for which the remaining assets of the debtors were unreasonably small in relation to the business or transaction; or (2) Intended to incur, or believed or reasonably should have believed that the debtor would incur, debts beyond his or her ability to pay as they became due.

22.     Pursuant to Nev. Rev. Stat. § 112.190(1):

A transfer made or obligation incurred by a debtor is fraudulent as to a creditor whose claim arose before the transfer was made or the obligation was incurred if the debtor made the transfer or incurred the obligation without receiving a reasonably equivalent value in exchange for the transfer or obligation and the debtor was insolvent at that time or the debtor became insolvent as a result of the transfer or obligation.

23.     Upon information and belief, Scott, as the president of the Debtor, is an insider.

24.     Upon information and belief, Debtor received less than a reasonably equivalent value in exchange for the Agreement.

25.     Upon information and belief, the Agreement was made for the benefit of Scott and not for the benefit of the Debtor.

26.     Upon information and belief, Debtor was insolvent when the Agreement was executed or Debtor became insolvent as a result of the Agreement.

27.     Upon information and belief, at the time the Agreement was executed, Debtor intended to incur or reasonably should have believed that the Debtor would incur debt that would be beyond the Debtor's ability to pay if such debt matured.

28.     Upon information and belief, the Agreement was a fraudulent transfer pursuant to Nev. Rev. Stat. §§ 112.140 et seq.

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

**WHEREFORE** the Trustee prays for judgment as follows:

1.  For a determination that Defendant Flynn's proof of claim be declared null and void;

2.  For a determination that the UCC-1 filing is not allowed under the Bankruptcy Code and/or Article 9 of the Uniform Commercial Code.

3.  For an award of attorneys fees and costs of suit;

4.  For any further relief that the Court may deem just and proper.

Dated this 3rd Day of July, 2014.

**HOWARD KIM & ASSOCIATES**

/s/Howard C. Kim
_____
Howard C. Kim, Esq.
Nevada Bar No. 10386
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Katherine C.S. Carstensen, Esq.
Nevada Bar No. 10656
*Attorneys for David A. Rosenberg,*
*Chapter 11 Trustee*

**HOWARD KIM & ASSOCIATES**
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

# EXHIBIT 1

# LOAN AGREEMENT

This LOAN AGREEMENT ("Agreement") is entered into as of March 31, 2010 ( "Effective Date") by and between Mainstream Ventures, Inc., a Nevada Corporation ("Mainstream"), James W. Scott ("Scott") and SunRay Petroleum, Inc., a Nevada Corporation ("SunRay") (collectively "Borrower") and David M. Flynn ("Lender") (collectively referred to as the "Parties").

WHEREAS Lender has agreed to lend to Mainstream $125,000.00 US ("Loan") under the terms and conditions listed herein;

NOW THEREFORE, for good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties agree as follows:

1.  Loan.

    a.  Principal. Subject to the terms and conditions hereof, the Lender shall lend to Mainstream the principal amount of $125,000.00 US ("Principal").

    b.  Loan Term. The term of the Loan shall begin on the Effective Date and expire 360 days thereafter ("Loan Term").

    c.  Loan Proceeds. The Loan Proceeds shall be delivered to Borrower by electronic wire as described on attached EXHIBIT A or by cashier's check (or other immediately-available funds).

    d.  Repayment of Principal. Repayment of the Principal shall be made to Lender immediately upon expiration of the Loan Term ("Repayment"). Repayment shall be deemed satisfactory made by a third party on behalf of Borrower.

    e.  Interest. Borrower shall pay interest to Lender on the Principal at a rate of twenty (20) percent per year on the basis of a 360-day year ("Interest"). In the event that full Repayment is not made upon expiration of the Loan Term, additional interest shall accrue at a rate of 1% per day on any outstanding Principal ("Additional Interest").

    f.  Interest Payment Schedule. Borrower shall pay Interest to Lender simultaneous with Repayment.

    g.  Place of Payments. All payments to be made to Lender shall be delivered to Lender by electronic wire as described on attached EXHIBIT B or by cashier's check (or other immediately-available funds) mailed to Lender and addressed as enumerated below under the Notices provision or at such other place of which the Lender notifies Mainstream in writing.

    h.  Collateral. The Loan shall be secured as follows:

        i.  Scott's personal guarantee of the Principal together with any other fees or costs as provided for in this Agreement ("Personal Guarantee"); and

        ii. By the collateral described on EXHIBITS C and D together with any real property, personal property or any rights, owned or leased by or to which SunRay is entitled and which are associated with the collateral described on EXHIBITS C and D as of the Effective Date or thereafter (collectively "SunRay Collateral").

    i.  Convertible Interest. Borrower agrees that Lender may, at Lender's sole discretion, notify Borrower in writing of Lender's intent to forego payment of Interest on the Principal in cash in

exchange for 1,250,000 shares of common stock in Mainstream Ventures, Inc. ("Conversion"). Lender may exercise such Conversion at anytime during the Loan Term provided, however, that Lender may not exercise such Conversion prior to 30 days from the Effective Date. Such Conversion shall not effect any Additional Interest as described above.

2. <u>Warrants</u>. Borrower agrees to grant Lender warrants entitling Lender, at Lender's sole discretion, to acquire up to 1,250,000 additional shares of common stock in Mainstream Ventures, Inc. at a price of $1.00 US per share ("Warrants"). Lender shall have up to 3 years from the Effective Date to exercise its Warrants. Lender may exercise its Warrants under its name or under a name of a nominee.

3. <u>Representations & Warranties</u>. Borrower represents and warrants to Lender as follows:

   a. Borrower has the requisite authority to enter into the Agreement, and this Agreement shall represent a valid and binding obligation of both Mainstream and SunRay to Lender.

   b. Other than such as has been disclosed to Lender in writing, there are no (1) delinquent federal tax claims or liens assessed or filed against Borrower; (2) judgments, decrees or orders of any court or governmental or administrative agency or instrumentality or other liens issued against Borrower; nor (3) lawsuits, claims, actions, arbitrations or similar actions pending or, to the best of either's knowledge, to be filed against Borrower.

   c. The execution and delivery of this Agreement will not violate any indenture, agreement, or other instrument to which the Borrower is a party or by which the Borrower or any of the Collateral is bound.

4. <u>Events of Default</u>. The happening of any one or more of the following events shall constitute an Event of Default under this Agreement.

   a. Mainstream fails to make Repayment as scheduled;

   b. Borrower fails to perform, observe, or be in conformance with any term, condition, covenant or representation contained in this Agreement;

   c. Any filing of a voluntary or involuntary petition by or against Mainstream or SunRay under any chapter of the Federal Bankruptcy Code or Mainstream or SunRay becomes insolvent;

   d. If any of Borrower's representations or warranties herein proves to have been untrue in any material respect.

5. <u>Lender's Remedies</u>. Upon an Event of Default under this Agreement ("Default"), Lender may, at its option and sole discretion, exercise any and all of the following remedies:

   a. Declare the Loan immediately due and payable;

   b. Execute against the Personal Guarantee;

   c. Immediately attach SunRay Collateral and, at Lender's sole discretion, force the liquidation of such portion thereof as necessary to achieve full Repayment and satisfaction of any outstanding Principal, Interest or other costs (including, but not limited to, costs of litigation, arbitration, court costs, attorneys' fees, etc.) incurred by Lender in enforcing the terms of this Agreement. Such liquidation shall require no further authorization whatsoever from SunRay (or any third-party);

    d.  Exercise any and all rights and remedies available at law and/or equity;

6. <u>Miscellaneous</u>.

    a.  <u>Fees and Expenses Paid by Borrower</u>. Borrower shall pay all fees and expenses of Lender incurred in collecting or attempting to collect or otherwise enforce Lender's rights under this Agreement. In the event that any such expenses are not paid by Borrower, Lender may pay them, or any portion thereof, and the amount so paid shall be added to the Principal.

    b.  <u>No Partnership or Joint Venture</u>. Notwithstanding anything to the contrary contained herein, or implied by this Agreement or any action pursuant thereto, Lender shall not be deemed a partner, joint venturer or participant with the Borrower, and Borrower hereby indemnifies and agrees to defend and hold harmless Lender (including the payment of reasonable attorneys' fees and litigation expenses) from any and all damages resulting from such a construction of the Parties' relationship.

    c.  <u>Indemnification</u>. Borrower shall indemnify and hold harmless Lender from any and all claims, charges, losses, expenses and costs, including, without limitation, attorneys' fees and litigation expenses, resulting from any claims, actions or proceedings in connection with the execution, delivery and performance of this Agreement. The indemnification provided in this paragraph shall survive any termination, satisfaction or assignment of the Loan.

    d.  <u>Invalid Provisions; No Conflict</u>. If any of the provisions of this Agreement (or the application thereof) shall, to any extent, be invalid or unenforceable, the remainder of the Agreement shall not be affected and shall remain valid and enforceable to the fullest extent permitted by law. In lieu of such illegal or unenforceable provisions, there shall be added automatically as part of this Agreement valid, legal and enforceable provisions as similar as possible in terms to such invalid, illegal or unenforceable provision(s). No provision of this Agreement shall be deemed in conflict with any other, and Borrower acknowledges that no such provision or interpretation thereof shall be deemed to diminish the rights of the Lender. Lender may at its option exhaust all remedies under this Agreement, either concurrently or independently, and in such order as it may determine.

    e.  <u>Amendments</u>. No amendment, modification or cancellation of this Agreement shall be valid unless in writing and signed by the Party against whom enforcement is sought.

    f.  <u>Meaning of Particular Terms</u>. "Borrower" and "Lender" shall include their respective heirs, personal representatives, successors and assigns.

    g.  <u>Time is of the Essence</u>. Time is of the essence in the payment and performance of this Agreement.

    h.  <u>Governing Law, Jurisdiction and Venue</u>. This Agreement and any controversy arising under it or in relation to it shall be governed by the laws applicable in Clark County, Nevada as applied to agreements made, entered into and performed entirely within Clark County, Nevada between Nevada residents. Borrower and Lender irrevocably consent to service, jurisdiction and venue of the courts within Clark County, Nevada for any such litigation and waive any other venue to which it might otherwise be entitled.

    i.  <u>No Delay or Waiver</u>. No delay on the part of Lender in exercising any right hereunder or any failure to exercise the same shall operate as a waiver of such right; nor, in any event, shall any modification or waiver of the provisions of this Agreement be effective unless in writing; nor

shall any such waiver be applicable in any manner or instance except in the specific manner and instance for which it has been given.

j.  Waiver of Jury Trial. BORROWER AND LENDER HERBY WAIVE ANY RIGHT TO TRIAL BY JURY ON ANY CLAIM, COUNTERCLAIM, SETOFF, DEMAND, ACTION OR CAUSE OF ACTION (a) ARISING OUT OF OR IN ANY WAY PERTAINING OR RELATING TO THIS AGREEMENT, OR (b) IN ANY WAY CONNECTED WITH OR PERTAINING TO OR INCIDENTAL TO ANY DEALINGS OF THE PARTIES WITH RESPECT TO THIS AGREEMENT. BORROWER AND LENDER AGREE THAT EITHER OR BOTH MAY FILE A COPY OF THIS AGREEMENT WITH ANY COURT AS WRITTEN EVIDENCE OF THE KNOWING, VOLUNTARY AND BARGAINED AGREEMENT BETWEEN THEM IRREVOCABLY TO WAIVE TRIAL BY JURY, AND THAT ANY DISPUTE OR CONTROVERSY WHATSOEVER BETWEEN BORROWER AND LENDER SHALL INSTEAD BE TRIED IN A COURT OF COMPETENT JURISDICTION BY A JUDGE SITTING WITHOUT A JURY.

k.  Notices. Any and all notices from one Party to the other shall be written and shall be validly given only if deposited in the United States mail, certified or registered, postage prepaid, return receipt requested, or if made by Federal Express or other delivery service which keeps records of deliveries and attempted deliveries, or if made by facsimile machine or email with electronic confirmation of delivery. Service shall be deemed made on the first business day delivery is validly attempted or upon receipt, whichever is sooner, and addressed as follows:

| Borrower | | Lender | |
|---|---|---|---|
| | Mainstream Ventures, Inc.<br>ATTN: Lindsey Pinapfel<br>5955A W. Wigwam, #2A<br>Las Vegas, NV 89139<br>Phone: (702) 360-0717<br>Fax: (702) 363-0295<br>Email: lindsey@zizzazz.com | | David M. Flynn<br>1913 Realeza Court<br>Las Vegas, NV 89102<br>Phone: (702) 277-8611<br>Fax: (702) _____<br>Email: dflynn@leelasvegas.com |

A Party hereto may change its address for the purpose of receiving notices or demands by a written notice to the other Party. Such notice of change of address shall become effective upon the actual receipt thereof by the other Party.

[Intentionally Left Blank]

1.  Entire Agreement. No oral understanding or agreement exists between the parties. Any and all prior oral understanding, negotiations or agreements are merged herein and are of no further force or effect.

IN WITNESS WHEREOF, and intending to be legally bound, Borrower and Lender execute the Agreement.

Borrower: Mainstream Ventures, Inc.                Lender: David M. Flynn

Lindsey Pinspfel                                   David M. Flynn
Its: Sec | Trea .

William Pike, Jr.
Its:

Ron Solomon
Its:

Borrower: James W. Scott

James W. Scott

Borrower: SunRay Petroleum, Inc.

By:      James W. Scott
Its:     President

l.   <u>Entire Agreement</u>. No oral understanding or agreement exists between the parties. Any and all prior oral understanding, negotiations or agreements are merged herein and are of no further force or effect.

IN WITNESS WHEREOF, and intending to be legally bound, Borrower and Lender execute the Agreement.

**Borrower:** Mainstream Ventures, Inc.      **Lender:** David M. Flynn

_____      _____
Lindsey Pinapfel      David M. Flynn
Its:

_____
William Pike, Jr.
Its:

_____
Ron Solomon
Its:

**Borrower:** James W. Scott

_____
James W. Scott

**Borrower:** SunRay Petroleum, Inc.

_____
By:     James W. Scott
Its:     President

EXHIBIT A

**WIRE INSTRUCTIONS**
For Delivery of Loan Proceeds to Borrower

Redacted

EXHIBIT B

**WIRE INSTRUCTIONS**
For Delivery of Repayment, Interest, Additional Interest to Lender

EXHIBIT C

## SUNRAY EQUIPMENT

| | | SunRay Petroleum -- Free & Clear Equipment List | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Wagner Morehouse | Double Rig | Rig | E90200B84 | $ 800,000 | $ 150,000 |
| 2 | Wilson | Single Rig | Rig | 472MRI38DD10183 | $ 800,000 | $ 150,000 |
| 3 | Wilson | Double Rig | Rig | 10349 | $ 1,500,000 | $ 350,000 |
| 4 | Ideco | Double Rig | Skytop Rig | DMV81716CA | $ 800,000 | $ 200,000 |
| 5 | Hopper | Double Rig | R-500 | 65860 | $ 1,500,000 | $ 300,000 |
| | | | | | | |
| | | | | | | |
| 6 | Zieman* | Backhoe Trailer | Trailer | 12E32X25EZP11587 | $ 6,000 | $ 1,500 |
| 7 | Catepillar* | 416 Backhoe | Backhoe | 4ZN01641 | $ 120,000 | $ 35,000 |
| 8 | Dorsey | Steel Dropdeck/Mud Pump Shaker tnk | Trailer | 1DTP30W26EA163808 | $ 300,000 | $ 150,000 |
| | | | | | | |
| | | | | | | |
| 9 | 2 Sets of Rig Tools | | | | $ 160,000 | $ 50,000 |
| 10 | 1 Set of Rig Tools | | | | $ 80,000 | $ 50,000 |
| 11 | 1 Set of Tubing Tongs | | | | $ 30,000 | $ 10,000 |
| | | | | | | |
| | | | | | | |
| 12 | Triplex Pump - Detroit Diesel Engine Model 6-71, #6A190925-C/W | | | | $ 150,000 | $ 80,000 |
| | | | | TOTALS | $ 6,246,000 | $ 1,526,000 |

EXHIBIT D

## SUNRAY PETROLEUM LEASES

| SUNRAY PETROLEUM WELL LIST BY LEASE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Afana | (13.0) | 1 | 02908871 | Idle | OG | 18 | 29S | 29E | 1250 |
| Afana | | 10 | 02951203 | Idle | OG | 18 | 29S | 29E | 1220 |
| Afana | | 11 | 02951204 | Idle | OG | 18 | 29S | 29E | 1222 |
| Afana | | 12 | 02951205 | Idle | OG | 18 | 29S | 29E | 1260 |
| Afana | | 13 | 02951206 | Idle | OG | 18 | 29S | 29E | 1280 |
| Afana | | 14 | 02965568 | Idle | OG | 18 | 29S | 29E | 1265 |
| Afana | | 1V | 02968857 | Idle | OG | 18 | 29S | 29E | 1265 |
| Afana | | 2 | 02908872 | Idle | OG | 18 | 29S | 29E | 1280 |
| Afana | | 2V | 02968858 | Idle | OG | 18 | 29S | 29E | 1220 |
| Afana | | 3 | 02908873 | Active | OG | 18 | 29S | 29E | 1330 |
| Afana | | 3V | 02968859 | Active | WD | 18 | 29S | 29E | 1190 |
| Afana | ↓ | 4 | 02908874 | Idle | OG | 18 | 29S | 29E | 1258 |
| Afana | | 4V | 02968860 | Idle | OG | 18 | 29S | 29E | 1275 |
| Afana | | 5-A | 02960119 | Idle | OG | 18 | 29S | 29E | 1300 |
| Afana | | 5V | 02973711 | Idle | OG | 18 | 29S | 29E | 1270 |
| Afana | | 6 | 02908876 | Idle | OG | 18 | 29S | 29E | 1350 |
| Afana | | 6V | 02973933 | Idle | OG | 18 | 29S | 29E | 1350 |
| Afana | | 7 | 02908877 | Idle | OG | 18 | 29S | 29E | 1230 |
| Afana | | 7V | 02973934 | Idle | OG | 18 | 29S | 29E | 1340 |
| Afana | | 8V | 02973935 | Idle | OG | 18 | 29S | 29E | 1360 |
| Afana | (13.0) | 9 | 02908879 | Active | OG | 18 | 29S | 29E | 1200 |
| ALS – Bloemer | (13.0) | 10 | 02908789 | Active | OG | 18 | 29S | 29E | 1220 |
| ALS – Bloemer | | 11 | 02908790 | Idle | OG | 18 | 29S | 29E | 1260 |
| ALS – Bloemer | | 120 | 02969434 | Idle | OG | 18 | 29S | 29E | 1300 |
| ALS – Bloemer | ↓ | 16 | 02908791 | Idle | OG | 18 | 29S | 29E | 1260 |
| ALS – Hood-Bloemer | | 1 A | 02908792 | Idle | OG | 18 | 29S | 29E | 1200 |
| ALS – Hood-Bloemer | | 108D | 02971724 | Idle | OG | 18 | 29S | 29E | 1210 |
| ALS – Hood-Bloemer | | 109 | 02969433 | Active | OG | 18 | 29S | 29E | 1275 |
| ALS – Hood-Bloemer | | 2 | 02908793 | Idle | OG | 18 | 29S | 29E | 1230 |
| ALS – Hood-Bloemer | (13.0) | 3 A | 02908794 | Active | OG | 18 | 29S | 29E | 1290 |
| Altoona | (13.0) | 1 | 02938193 | Active | OG | 25 | 32S | 23E | 1131 |
| Altoona | | 2 | 02938194 | Active | OG | 25 | 32S | 23E | 1465 |
| Altoona | | 3 | 02938195 | Active | OG | 25 | 32S | 23E | 1400 |
| Altoona | | 4 | 02938196 | Idle | OG | 25 | 32S | 23E | 1376 |
| Altoona | | 5 | 02938197 | Idle | OG | 25 | 32S | 23E | 1442 |
| Altoona | | 6 | 02938198 | Abadoned | OG | 25 | 32S | 23E | - |
| Altoona | | 7 | 02938199 | Active | OG | 25 | 32S | 23E | 1615 |
| Altoona | ↓ | 8 | 02938200 | Idle | OG | 25 | 32S | 23E | 1420 |
| Altoona | | A-1 | 02951445 | Active | OG | 25 | 32S | 23E | 1600 |
| Altoona | | C-1 | 02951266 | Active | OG | 25 | 32S | 23E | 1490 |
| Altoona | | C-2 | 02951639 | Plugged | OG | 25 | 32S | 23E | 0 |
| Altoona | | C-3 | 02951317 | Idle | OG | 25 | 32S | 23E | 1420 |
| Altoona | | C-5 | 02951318 | Idle | OG | 25 | 32S | 23E | 1680 |
| Altoona | | E-1 | 02951446 | Idle | OG | 25 | 32S | 23E | 1501 |
| Altoona | | SPI-1 | 03025431 | Active | OG | 25 | 32S | 23E | 2425 |
| Altoona | (13.0) | SPI-5 | 03025606 | Active | OG | 25 | 32S | 23E | 1750 |
| Armstrong | | 1 | 02906817 | Active | OG | 28 | 29S | 27E | 4365 |
| Coast-Bronco | (13.0) | 1 | 02935906 | Idle | OG | 8 | 11N | 23W | |

| Lease Name | | Well | API | Status | Type | Sec | Twp | Rng | Depth |
|---|---|---|---|---|---|---|---|---|---|
| Deer Creek - Carnahan Bennington | (13.0) | 1 | 10700005 | Active | OG | 10 | 22S | 27E | 1000 |
| Deer Creek - Karen | (13.0) | 1 | 10720152 | Active | OG | 10 | 22S | 27E | 1000 |
| Deer Creek - Karen | (13.0) | 2 | 10720153 | Active | OG | 10 | 22S | 27E | 985 |
| Deer Creek -Bastian | (13.0) | 2-3 | 10720068 | Active | OG | 10 | 22S | 27E | 1010 |
| Deer Creek -Bastian | (13.0) | 2-4 | 10720069 | Active | OG | 10 | 22S | 27E | 1009 |
| Dillon | (16.0) | 2 | 02908342 | Active | OG | 27 | 29S | 27E | 4005 |
| Dillon  (Newly Acquired Well) | (16.0) | 3 | 29084339 | | | | | | |
| Dillon  (Newly Acquired Well) | (16.0) | 4 | 2908440 | | | | | | |
| Duke | | 1 | 02906819 | Active | WD | 28 | 29S | 27E | 4375 |
| Durr | (34.0) | D1 | 02914540 | Active | OG | 14 | 31S | 29E | 6000 |
| E & H Dillon | (16.0) | 1 | 02906781 | Active | OG | 27 | 29S | 27E | 4070 |
| Feeport | | 1 | 02900895 | Idle | OG | 19 | 30S | 29E | 4500 |
| Fuller Acres | | 1 | 02944714 | Active | OG | 19 | 30S | 29E | 5100 |
| Fuller Acres | | 2 | 02946341 | Active | OG | 19 | 30S | 29E | 5115 |
| Fuller Acres | | 3 | 02946342 | Active | OG | 19 | 30S | 29E | 5205 |
| George - Arvin Waterflood Unit | (34.0) | G1 | 02914574 | Idle | OG | 23 | 31S | 29E | 6100 |
| George - Arvin Waterflood Unit | | G10 | 02914581 | Active | WD | 23 | 31S | 29E | 6000 |
| George - Arvin Waterflood Unit | | G11 | 02914582 | Active | WD | 23 | 31S | 29E | 5800 |
| George - Arvin Waterflood Unit | | G13 | 02914583 | Active | OG | 23 | 31S | 29E | 5900 |
| George - Arvin Waterflood Unit | ↓ | G2 | 02914575 | Idle | OG | 23 | 31S | 29E | 6000 |
| George - Arvin Waterflood Unit | | G3 | 02914576 | Idle | OG | 23 | 31S | 29E | 5800 |
| George - Arvin Waterflood Unit | | G5 | 02914577 | Idle | OG | 23 | 31S | 29E | 6000 |
| George - Arvin Waterflood Unit | | G7 | 02914578 | Idle | OG | 23 | 31S | 29E | 5960 |
| George - Arvin Waterflood Unit | (34.0) | G8 | 02914579 | Idle | WF | 23 | 31S | 29E | 6125 |
| George - Arvin Waterflood Unit | (34.0) | G9 | 02914580 | Idle | OG | 23 | 31S | 29E | 5810 |
| George - Kirkorian | (36.0) | 14X-23 | 02947968 | Active | OG | 23 | 31S | 29E | 6000 |
| George | | 14 | 02914590 | Active | OG | 23 | 31S | 29E | 6110 |
| George | | 15 | 02914591 | Active | OG | 23 | 31S | 29E | 6000 |
| George | | 16 | 02914592 | Active | OG | 23 | 31S | 29E | 5960 |
| George | ↓ | 17 | 02914593 | Active | OG | 23 | 31S | 29E | 5901 |
| George | | 18 | 02914594 | Active | OG | 23 | 31S | 29E | 6200 |
| George | | 19 | 02914595 | Active | WD | 23 | 31S | 29E | 5888 |
| George | | 20 | 02914596 | Idle | OG | 23 | 31S | 29E | 6200 |
| George | | 20X | 02946852 | Idle | OG | 23 | 31S | 29E | 6190 |
| George | | 21 | 02954044 | Active | OG | 23 | 31S | 29E | 6000 |
| George | (36.0) | 4 | 02914587 | Idle | OG | 23 | 31S | 29E | 5206 |
| Greer | | 1 | 02914306 | Active | OG | 19 | 30S | 29E | 5355 |
| Kane-Bloemer | | 1 | 02914331 | Active | OG | 19 | 30S | 29E | 5900 |
| Kane-Bloemer | | 2 | 02914332 | Active | OG | 19 | 30S | 29E | 5390 |
| Kane-Bloemer | | 3 | 02942136 | Active | OG | 19 | 30S | 29E | 5490 |
| Kane-Bloemer | | 4 | 02942167 | Active | OG | 19 | 30S | 29E | 5540 |
| Kane-Ross | | 1 | 02900653 | Active | OG | 19 | 30S | 29E | 5900 |
| Kundert | | 1 | 02914333 | Active | OG | 19 | 30S | 29E | 6200 |
| Kundert | | 2 | 02914334 | Active | OG | 19 | 30S | 29E | 5190 |
| Kundert | | 3 | 02914335 | Active | OG | 19 | 30S | 29E | 5990 |
| Nomeco-Yates | | 15-33 | 02965225 | Active | WD | 15 | 29S | 26E | 7000 |
| Nomeco-Yates | | 15-34 | 02968870 | Active | OG | 15 | 29S | 26E | 7000 |
| NW Strand | | 1 | 02954493 | Active | OG | 36 | 29S | 25E | 10060 |
| Portman | | 1 | 02914551 | Idle | OG | 14 | 31S | 29E | 6100 |
| Portman | | 2 | 02914552 | Idle | OG | 14 | 31S | 29E | 6100 |
| Portman | | 3 | 02914553 | Idle | OG | 14 | 31S | 29E | 6100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Red Ribbon Lease 1 | (16.0) | 1 | 02906810 | Idle | OG | 27 | 29S | 27E | 4108 |
| Red Ribbon Lease 1 | ↓ | 2 | 02906811 | Idle | OG | 27 | 29S | 27E | 4242 |
| Red Ribbon Lease 1 | | 3 | 02906812 | Active | OG | 27 | 29S | 27E | 4010 |
| Red Ribbon Lease 1 | | 4 | 02906813 | Active | WD | 27 | 29S | 27E | 4260 |
| Red Ribbon Lease 1 | ↓ | 5 | 02906814 | Active | OG | 27 | 29S | 27E | 4220 |
| Red Ribbon Lease 1 | | 6 | 02906815 | Active | OG | 27 | 29S | 27E | 4145 |
| Red Ribbon Lease 1 | | 7 | 02906816 | Active | OG | 27 | 29S | 27E | 4182 |
| Red Ribbon Lease 2 | | 1 | 02908185 | Active | OG | 27 | 29S | 27E | 4300 |
| Red Ribbon Lease 2 | | 2 | 02908186 | Active | OG | 27 | 29S | 27E | 4125 |
| Red Ribbon Lease 2 | | 3 | 02908187 | Active | OG | 27 | 29S | 27E | 4230 |
| Red Ribbon Lease 2 | ↓ | 4 | 02908188 | Active | WD | 27 | 29S | 27E | 4224 |
| Smoot | | 3 | 02906824 | Active | OG | 28 | 29S | 27E | 4340 |
| Sunland-Smoot | | 1 | 02962637 | Active | OG | 28 | 29S | 27E | 4400 |
| Tenneco Fee | | 22-15 | 02960370 | Active | OG | 15 | 29S | 26E | 6920 |
| Tenneco Fee | (16.0) | 32X-15 | 02961422 | Active | OG | 15 | 29S | 26E | 7200 |
| Tenneco | (16.0) | 1 | 02962133 | Active | OG | 28 | 29S | 27E | 6960 |
| Welcome Valley Still-Mabury | | 1 | 02936282 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 10 | 02936291 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 11 | 02936292 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 1B | 02936278 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 2 | 02936283 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 2B | 02936279 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 3 | 02936284 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 4 | 02936285 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 4B | 02936281 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 5 | 02936286 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 6 | 02936287 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 7 | 02936288 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 8 | 02936289 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 9 | 02936290 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley - North Basin Energy | | 1 | 02958858 | Idle | OG | 1 | 26S | 18E | 500 |

Total Wells = 132

**Sunray Petroleum, Inc.**
*BATCH LEASES*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Armstrong | 1 | 02906817 | Active | OG | 28 | 29S | 27E | 4365 |
| Dillon | 2 | 02908342 | Active | OG | 27 | 29S | 27E | 4005 |
| Duke | 1 | 02906819 | Active | WD | 28 | 29S | 27E | 4375 |
| E & H Dillon | 1 | 02906781 | Active | OG | 27 | 29S | 27E | 4070 |
| Nomeco-Yates | 15-33 | 02965225 | Active | WD | 15 | 29S | 26E | 7000 |
| Nomeco-Yates | 15-34 | 02968870 | Active | OG | 15 | 29S | 26E | 7000 |
| NW Strand | 1 | 02954493 | Active | OG | 36 | 29S | 25E | 10060 |
| Red Ribbon Lease 1 | 1 | 02906810 | Idle | OG | 27 | 29S | 27E | 4108 |
| Red Ribbon Lease 1 | 2 | 02906811 | Idle | OG | 27 | 29S | 27E | 4242 |
| Red Ribbon Lease 1 | 3 | 02906812 | Active | OG | 27 | 29S | 27E | 4010 |
| Red Ribbon Lease 1 | 4 | 02906813 | Active | WD | 27 | 29S | 27E | 4260 |
| Red Ribbon Lease 1 | 5 | 02906814 | Active | OG | 27 | 29S | 27E | 4220 |
| Red Ribbon Lease 1 | 6 | 02906815 | Active | OG | 27 | 29S | 27E | 4145 |
| Red Ribbon Lease 1 | 7 | 02906816 | Active | OG | 27 | 29S | 27E | 4203 |
| Red Ribbon Lease 2 | 1 | 02908185 | Active | OG | 27 | 29S | 27E | 4300 |
| Red Ribbon Lease 2 | 2 | 02908186 | Active | OG | 27 | 29S | 27E | 4125 |
| Red Ribbon Lease 2 | 3 | 02908187 | Active | OG | 27 | 29S | 27E | 4230 |
| Red Ribbon Lease 2 | 4 | 02908188 | Active | WD | 27 | 29S | 27E | 4224 |
| Smoot | 3 | 02906824 | Active | OG | 28 | 29S | 27E | 4340 |
| Sunland-Smoot | 1 | 02962637 | Active | OG | 28 | 29S | 27E | 4400 |
| Tenneco Fee | 22-15 | 02960370 | Active | OG | 15 | 29S | 26E | 6920 |
| Tenneco Fee | 32X-15 | 02961422 | Active | OG | 15 | 29S | 26E | 7200 |
| Tenneco | 1 | 02962133 | Active | OG | 28 | 29S | 27E | 6960 |

# EXHIBIT 2

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | District of Nevada | PROOF OF CLAIM |
|---|---|---|

RECEIVED

| Name of Debtor: SUNRAY PETROLEUM, INC. | Case Number: 11-19196-lbr |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**DAVID MICHAEL FLYNN**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
**650 WHITE DRIVE, SUITE 120**
**LAS VEGAS, NEVADA 89119**

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Court Claim Number:** _____
(*If known*)

Telephone number:
**(702) 277-8611**

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 601,655.04

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** MONEY LOANED
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 0001

  3a. Debtor may have scheduled account as: _____
  (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☑ Motor Vehicle ☑ Other
Describe: Secured by all assets of company incuding all equipment and oil well leases.

Value of Property: $ _____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____ Basis for perfection: UCC-1 (CA)

Amount of Secured Claim: $ 601,655.04 Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 10/04/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# LOAN AGREEMENT

This LOAN AGREEMENT ("Agreement") is entered into as of March 31, 2010 ("Effective Date") by and between Mainstream Ventures, Inc., a Nevada Corporation ("Mainstream"), James W. Scott ("Scott") and SunRay Petroleum, Inc., a Nevada Corporation ("SunRay") (collectively "Borrower") and David M. Flynn ("Lender") (collectively referred to as the "Parties").

WHEREAS Lender has agreed to lend to Mainstream $125,000.00 US ("Loan") under the terms and conditions listed herein;

NOW THEREFORE, for good and valuable consideration, the sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. Loan.

   a. Principal. Subject to the terms and conditions hereof, the Lender shall lend to Mainstream the principal amount of $125,000.00 US ("Principal").

   b. Loan Term. The term of the Loan shall begin on the Effective Date and expire 360 days thereafter ("Loan Term").

   c. Loan Proceeds. The Loan Proceeds shall be delivered to Borrower by electronic wire as described on attached EXHIBIT A or by cashier's check (or other immediately-available funds).

   d. Repayment of Principal. Repayment of the Principal shall be made to Lender immediately upon expiration of the Loan Term ("Repayment"). Repayment shall be deemed satisfactory made by a third party on behalf of Borrower.

   e. Interest. Borrower shall pay interest to Lender on the Principal at a rate of twenty (20) percent per year on the basis of a 360-day year ("Interest"). In the event that full Repayment is not made upon expiration of the Loan Term, additional interest shall accrue at a rate of 1% per day on any outstanding Principal ("Additional Interest").

   f. Interest Payment Schedule. Borrower shall pay Interest to Lender simultaneous with Repayment.

   g. Place of Payments. All payments to be made to Lender shall be delivered to Lender by electronic wire as described on attached EXHIBIT B or by cashier's check (or other immediately-available funds) mailed to Lender and addressed as enumerated below under the Notices provision or at such other place of which the Lender notifies Mainstream in writing.

   h. Collateral. The Loan shall be secured as follows:

      i. Scott's personal guarantee of the Principal together with any other fees or costs as provided for in this Agreement ("Personal Guarantee"); and

      ii. By the collateral described on EXHIBITS C and D together with any real property, personal property or any rights, owned or leased by or to which SunRay is entitled and which are associated with the collateral described on EXHIBITS C and D as of the Effective Date or thereafter (collectively "SunRay Collateral").

   i. Convertible Interest. Borrower agrees that Lender may, at Lender's sole discretion, notify Borrower in writing of Lender's intent to forego payment of Interest on the Principal in cash in

exchange for 1,250,000 shares of common stock in Mainstream Ventures, Inc. ("Conversion"). Lender may exercise such Conversion at anytime during the Loan Term provided, however, that Lender may not exercise such Conversion prior to 30 days from the Effective Date. Such Conversion shall not effect any Additional Interest as described above.

2. <u>Warrants</u>. Borrower agrees to grant Lender warrants entitling Lender, at Lender's sole discretion, to acquire up to 1,250,000 additional shares of common stock in Mainstream Ventures, Inc. at a price of $1.00 US per share ("Warrants"). Lender shall have up to 3 years from the Effective Date to exercise its Warrants. Lender may exercise its Warrants under its name or under a name of a nominee.

3. <u>Representations & Warranties</u>. Borrower represents and warrants to Lender as follows:

   a. Borrower has the requisite authority to enter into the Agreement, and this Agreement shall represent a valid and binding obligation of both Mainstream and SunRay to Lender.

   b. Other than such as has been disclosed to Lender in writing, there are no (1) delinquent federal tax claims or liens assessed or filed against Borrower; (2) judgments, decrees or orders of any court or governmental or administrative agency or instrumentality or other liens issued against Borrower; nor (3) lawsuits, claims, actions, arbitrations or similar actions pending or, to the best of either's knowledge, to be filed against Borrower.

   c. The execution and delivery of this Agreement will not violate any indenture, agreement, or other instrument to which the Borrower is a party or by which the Borrower or any of the Collateral is bound.

4. <u>Events of Default</u>. The happening of any one or more of the following events shall constitute an Event of Default under this Agreement.

   a. Mainstream fails to make Repayment as scheduled;

   b. Borrower fails to perform, observe, or be in conformance with any term, condition, covenant or representation contained in this Agreement;

   c. Any filing of a voluntary or involuntary petition by or against Mainstream or SunRay under any chapter of the Federal Bankruptcy Code or Mainstream or SunRay becomes insolvent;

   d. If any of Borrower's representations or warranties herein proves to have been untrue in any material respect.

5. <u>Lender's Remedies</u>. Upon an Event of Default under this Agreement ("Default"), Lender may, at its option and sole discretion, exercise any and all of the following remedies:

   a. Declare the Loan immediately due and payable;

   b. Execute against the Personal Guarantee;

   c. Immediately attach SunRay Collateral and, at Lender's sole discretion, force the liquidation of such portion thereof as necessary to achieve full Repayment and satisfaction of any outstanding Principal, Interest or other costs (including, but not limited to, costs of litigation, arbitration, court costs, attorneys' fees, etc.) incurred by Lender in enforcing the terms of this Agreement. Such liquidation shall require no further authorization whatsoever from SunRay (or any third-party);

    d.  Exercise any and all rights and remedies available at law and/or equity;

6.  <u>Miscellaneous</u>.

    a.  <u>Fees and Expenses Paid by Borrower</u>. Borrower shall pay all fees and expenses of Lender incurred in collecting or attempting to collect or otherwise enforce Lender's rights under this Agreement. In the event that any such expenses are not paid by Borrower, Lender may pay them, or any portion thereof, and the amount so paid shall be added to the Principal.

    b.  <u>No Partnership or Joint Venture</u>. Notwithstanding anything to the contrary contained herein, or implied by this Agreement or any action pursuant thereto, Lender shall not be deemed a partner, joint venturer or participant with the Borrower, and Borrower hereby indemnifies and agrees to defend and hold harmless Lender (including the payment of reasonable attorneys' fees and litigation expenses) from any and all damages resulting from such a construction of the Parties' relationship.

    c.  <u>Indemnification</u>. Borrower shall indemnify and hold harmless Lender from any and all claims, charges, losses, expenses and costs, including, without limitation, attorneys' fees and litigation expenses, resulting from any claims, actions or proceedings in connection with the execution, delivery and performance of this Agreement. The indemnification provided in this paragraph shall survive any termination, satisfaction or assignment of the Loan.

    d.  <u>Invalid Provisions; No Conflict</u>. If any of the provisions of this Agreement (or the application thereof) shall, to any extent, be invalid or unenforceable, the remainder of the Agreement shall not be affected and shall remain valid and enforceable to the fullest extent permitted by law. In lieu of such illegal or unenforceable provisions, there shall be added automatically as part of this Agreement valid, legal and enforceable provisions as similar as possible in terms to such invalid, illegal or unenforceable provision(s). No provision of this Agreement shall be deemed in conflict with any other, and Borrower acknowledges that no such provision or interpretation thereof shall be deemed to diminish the rights of the Lender. Lender may at its option exhaust all remedies under this Agreement, either concurrently or independently, and in such order as it may determine.

    e.  <u>Amendments</u>. No amendment, modification or cancellation of this Agreement shall be valid unless in writing and signed by the Party against whom enforcement is sought.

    f.  <u>Meaning of Particular Terms</u>. "Borrower" and "Lender" shall include their respective heirs, personal representatives, successors and assigns.

    g.  <u>Time is of the Essence</u>. Time is of the essence in the payment and performance of this Agreement.

    h.  <u>Governing Law, Jurisdiction and Venue</u>. This Agreement and any controversy arising under it or in relation to it shall be governed by the laws applicable in Clark County, Nevada as applied to agreements made, entered into and performed entirely within Clark County, Nevada between Nevada residents. Borrower and Lender irrevocably consent to service, jurisdiction and venue of the courts within Clark County, Nevada for any such litigation and waive any other venue to which it might otherwise be entitled.

    i.  <u>No Delay or Waiver</u>. No delay on the part of Lender in exercising any right hereunder or any failure to exercise the same shall operate as a waiver of such right; nor, in any event, shall any modification or waiver of the provisions of this Agreement be effective unless in writing; nor

shall any such waiver be applicable in any manner or instance except in the specific manner and instance for which it has been given.

j.  <u>Waiver of Jury Trial</u>. BORROWER AND LENDER HERBY WAIVE ANY RIGHT TO TRIAL BY JURY ON ANY CLAIM, COUNTERCLAIM, SETOFF, DEMAND, ACTION OR CAUSE OF ACTION (a) ARISING OUT OF OR IN ANY WAY PERTAINING OR RELATING TO THIS AGREEMENT, OR (b) IN ANY WAY CONNECTED WITH OR PERTAINING TO OR INCIDENTAL TO ANY DEALINGS OF THE PARTIES WITH RESPECT TO THIS AGREEMENT.  BORROWER AND LENDER AGREE THAT EITHER OR BOTH MAY FILE A COPY OF THIS AGREEMENT WITH ANY COURT AS WRITTEN EVIDENCE OF THE KNOWING, VOLUNTARY AND BARGAINED AGREEMENT BETWEEN THEM IRREVOCABLY TO WAIVE TRIAL BY JURY, AND THAT ANY DISPUTE OR CONTROVERSY WHATSOEVER BETWEEN BORROWER AND LENDER SHALL INSTEAD BE TRIED IN A COURT OF COMPETENT JURISDICTION BY A JUDGE SITTING WITHOUT A JURY.

k.  <u>Notices</u>. Any and all notices from one Party to the other shall be written and shall be validly given only if deposited in the United States mail, certified or registered, postage prepaid, return receipt requested, or if made by Federal Express or other delivery service which keeps records of deliveries and attempted deliveries, or if made by facsimile machine or email with electronic confirmation of delivery.  Service shall be deemed made on the first business day delivery is validly attempted or upon receipt, whichever is sooner, and addressed as follows:

| Borrower | | Lender | |
|---|---|---|---|
| | Mainstream Ventures, Inc.<br>ATTN: Lindsey Pinapfel<br>5955A W. Wigwam, #2A<br>Las Vegas, NV 89139<br>Phone: (702) 360-0717<br>Fax:    (702) 363-0295<br>Email:  lindsey@zizzazz.com | | David M. Flynn<br>1913 Realeza Court<br>Las Vegas, NV 89102<br>Phone: (702) 277-8611<br>Fax:    (702) _____<br>Email:  dflynn@leelasvegas.com |

A Party hereto may change its address for the purpose of receiving notices or demands by a written notice to the other Party.  Such notice of change of address shall become effective upon the actual receipt thereof by the other Party.

[Intentionally Left Blank]

l.  <u>Entire Agreement</u>. No oral understanding or agreement exists between the parties. Any and all prior oral understanding, negotiations or agreements are merged herein and are of no further force or effect.

IN WITNESS WHEREOF, and intending to be legally bound, Borrower and Lender execute the Agreement.

**Borrower:** Mainstream Ventures, Inc.

Lindsey Pineapfel
Its: Sec | Trea .

**Lender:** David M. Flynn

David M. Flynn

William Pike, Jr.
Its:

Ron Solomon
Its:

**Borrower:** James W. Scott

_____
James W. Scott

**Borrower:** SunRay Petroleum, Inc.

_____
By:     James W. Scott
Its:    President

l.   Entire Agreement. No oral understanding or agreement exists between the parties. Any and all prior oral understanding, negotiations or agreements are merged herein and are of no further force or effect.

IN WITNESS WHEREOF, and intending to be legally bound, Borrower and Lender execute the Agreement.

**Borrower: Mainstream Ventures, Inc.**          **Lender:** David M. Flynn

_____                    _____
Lindsey Pinapfel                            David M. Flynn
Its:

_____
William Pike, Jr.
Its:

_____
Ron Solomon
Its:

**Borrower:** James W. Scott

_____
James W. Scott

**Borrower:** SunRay Petroleum, Inc.

_____
By:    James W. Scott
Its:   President

**EXHIBIT A**

**WIRE INSTRUCTIONS**
For Delivery of Loan Proceeds to Borrower

Redacted

EXHIBIT B

**WIRE INSTRUCTIONS**
For Delivery of Repayment, Interest, Additional Interest to Lender

EXHIBIT C

**SUNRAY EQUIPMENT**

| | | SunRay Petroleum -- Free & Clear Equipment List | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Wagner Morehouse | Double Rig | Rig | E90200B84 | $ | 800,000 | $ | 150,000 |
| 2 | Wilson | Single Rig | Rig | 472MRI38DD10183 | $ | 800,000 | $ | 150,000 |
| 3 | Wilson | Double Rig | Rig | 10349 | $ 1,500,000 | $ | 350,000 |
| 4 | Ideco | Double Rig | Skytop Rig | DMV81716CA | $ | 800,000 | $ | 200,000 |
| 5 | Hopper | Double Rig | R-500 | 65860 | $ 1,500,000 | $ | 300,000 |
| | | | | | | | |
| | | | | | | | |
| 6 | Zieman* | Backhoe Trailer | Trailer | 12E32X25EZP11587 | $ | 6,000 | $ | 1,500 |
| 7 | Catepillar* | 416 Backhoe | Backhoe | 4ZN01641 | $ | 120,000 | $ | 35,000 |
| 8 | Dorsey | Steel Dropdeck/Mud Pump Shaker tnk | Trailer | 1DTP30W26EA163808 | $ | 300,000 | $ | 150,000 |
| | | | | | | | |
| | | | | | | | |
| 9 | 2 Sets of Rig Tools | | | | $ | 160,000 | $ | 50,000 |
| 10 | 1 Set of Rig Tools | | | | $ | 80,000 | $ | 50,000 |
| 11 | 1 Set of Tubing Tongs | | | | $ | 30,000 | $ | 10,000 |
| | | | | | | | |
| | | | | | | | |
| 12 | Triplex Pump - Detroit Diesel Engine Model 6-71, #6A190925-C/W | | | | $ | 150,000 | $ | 80,000 |
| | | | | TOTALS | $ 6,246,000 | $ | 1,526,500 |

## EXHIBIT D

### SunRay Petroleum Leases

| SUNRAY PETROLEUM WELL LIST BY LEASE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Afana | (13.0) | 1 | 02908871 | Idle | OG | 18 | 29S | 29E | 1250 |
| Afana | | 10 | 02951203 | Idle | OG | 18 | 29S | 29E | 1220 |
| Afana | | 11 | 02951204 | Idle | OG | 18 | 29S | 29E | 1222 |
| Afana | | 12 | 02951205 | Idle | OG | 18 | 29S | 29E | 1260 |
| Afana | | 13 | 02951206 | Idle | OG | 18 | 29S | 29E | 1280 |
| Afana | | 14 | 02965568 | Idle | OG | 18 | 29S | 29E | 1265 |
| Afana | | 1V | 02968857 | Idle | OG | 18 | 29S | 29E | 1265 |
| Afana | | 2 | 02908872 | Idle | OG | 18 | 29S | 29E | 1280 |
| Afana | | 2V | 02968858 | Idle | OG | 18 | 29S | 29E | 1220 |
| Afana | | 3 | 02908873 | Active | OG | 18 | 29S | 29E | 1330 |
| Afana | | 3V | 02968859 | Active | WD | 18 | 29S | 29E | 1190 |
| Afana | ↓ | 4 | 02908874 | Idle | OG | 18 | 29S | 29E | 1258 |
| Afana | | 4V | 02968860 | Idle | OG | 18 | 29S | 29E | 1275 |
| Afana | | 5-A | 02960119 | Idle | OG | 18 | 29S | 29E | 1300 |
| Afana | | 5V | 02973711 | Idle | OG | 18 | 29S | 29E | 1270 |
| Afana | | 6 | 02908876 | Idle | OG | 18 | 29S | 29E | 1350 |
| Afana | | 6V | 02973933 | Idle | OG | 18 | 29S | 29E | 1350 |
| Afana | | 7 | 02908877 | Idle | OG | 18 | 29S | 29E | 1230 |
| Afana | | 7V | 02973934 | Idle | OG | 18 | 29S | 29E | 1340 |
| Afana | | 8V | 02973935 | Idle | OG | 18 | 29S | 29E | 1360 |
| Afana | (13.0) | 9 | 02908879 | Active | OG | 18 | 29S | 29E | 1200 |
| ALS – Bloemer | (13.0) | 10 | 02908789 | Active | OG | 18 | 29S | 29E | 1220 |
| ALS – Bloemer | | 11 | 02908790 | Idle | OG | 18 | 29S | 29E | 1260 |
| ALS – Bloemer | | 120 | 02969434 | Idle | OG | 18 | 29S | 29E | 1300 |
| ALS – Bloemer | ↓ | 16 | 02908791 | Idle | OG | 18 | 29S | 29E | 1260 |
| ALS – Hood-Bloemer | | 1 A | 02908792 | Idle | OG | 18 | 29S | 29E | 1200 |
| ALS – Hood-Bloemer | | 108D | 02971724 | Idle | OG | 18 | 29S | 29E | 1210 |
| ALS – Hood-Bloemer | | 109 | 02969433 | Active | OG | 18 | 29S | 29E | 1275 |
| ALS – Hood-Bloemer | | 2 | 02908793 | Idle | OG | 18 | 29S | 29E | 1230 |
| ALS – Hood-Bloemer | (13.0) | 3 A | 02908794 | Active | OG | 18 | 29S | 29E | 1200 |
| Altoona | (13.0) | 1 | 02938193 | Active | OG | 25 | 32S | 23E | 1131 |
| Altoona | | 2 | 02938194 | Active | OG | 25 | 32S | 23E | 1465 |
| Altoona | | 3 | 02938195 | Active | OG | 25 | 32S | 23E | 1400 |
| Altoona | | 4 | 02938196 | Idle | OG | 25 | 32S | 23E | 1376 |
| Altoona | | 5 | 02938197 | Idle | OG | 25 | 32S | 23E | 1442 |
| Altoona | | 6 | 02938198 | Abadoned | OG | 25 | 32S | 23E | - |
| Altoona | | 7 | 02938199 | Active | OG | 25 | 32S | 23E | 1615 |
| Altoona | ↓ | 8 | 02938200 | Idle | OG | 25 | 32S | 23E | 1420 |
| Altoona | | A-1 | 02951445 | Active | OG | 25 | 32S | 23E | 1600 |
| Altoona | | C-1 | 02951266 | Active | OG | 25 | 32S | 23E | 1490 |
| Altoona | | C-2 | 02951639 | Plugged | OG | 25 | 32S | 23E | 0 |
| Altoona | | C-3 | 02951317 | Idle | OG | 25 | 32S | 23E | 1420 |
| Altoona | | C-5 | 02951318 | Idle | OG | 25 | 32S | 23E | 1680 |
| Altoona | | E-1 | 02951446 | Idle | OG | 25 | 32S | 23E | 1501 |
| Altoona | | SPI-1 | 03025431 | Active | OG | 25 | 32S | 23E | 2425 |
| Altoona | (13.0) | SPI-5 | 03025606 | Active | OG | 25 | 32S | 23E | 1750 |
| Armstrong | | 1 | 02906817 | Active | OG | 28 | 29S | 27E | 4365 |
| Coast-Bronco | (13.0) | 1 | 02935906 | Idle | OG | 8 | 11N | 23W | |

| Lease | | Well | API | Status | Type | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Deer Creek - Carnahan Bennington | (13.0) | 1 | 10700005 | Active | OG | 10 | 22S | 27E | 1000 |
| Deer Creek - Karen | (13.0) | 1 | 10720152 | Active | OG | 10 | 22S | 27E | 1000 |
| Deer Creek - Karen | (13.0) | 2 | 10720153 | Active | OG | 10 | 22S | 27E | 985 |
| Deer Creek -Bastian | (13.0) | 2-3 | 10720068 | Active | OG | 10 | 22S | 27E | 1010 |
| Deer Creek -Bastian | (13.0) | 2-4 | 10720069 | Active | OG | 10 | 22S | 27E | 1009 |
| Dillon | (16.0) | 2 | 02908342 | Active | OG | 27 | 29S | 27E | 4005 |
| Dillon (Newly Acquired Well) | (16.0) | 3 | 29084339 | | | | | | |
| Dillon (Newly Acquired Well) | (16.0) | 4 | 2908440 | | | | | | |
| Duke | | 1 | 02906819 | Active | WD | 28 | 29S | 27E | 4375 |
| Durr | (34.0) | D1 | 02914540 | Active | OG | 14 | 31S | 29E | 6000 |
| E & H Dillon | (16.0) | 1 | 02906781 | Active | OG | 27 | 29S | 27E | 4070 |
| Feeport | | 1 | 02900895 | Idle | OG | 19 | 30S | 29E | 4500 |
| Fuller Acres | | 1 | 02944714 | Active | OG | 19 | 30S | 29E | 5100 |
| Fuller Acres | | 2 | 02946341 | Active | OG | 19 | 30S | 29E | 5115 |
| Fuller Acres | | 3 | 02946342 | Active | OG | 19 | 30S | 29E | 5205 |
| George - Arvin Waterflood Unit | (34.0) | G1 | 02914574 | Idle | OG | 23 | 31S | 29E | 6100 |
| George - Arvin Waterflood Unit | | G10 | 02914581 | Active | WD | 23 | 31S | 29E | 6000 |
| George - Arvin Waterflood Unit | | G11 | 02914582 | Active | WD | 23 | 31S | 29E | 5800 |
| George - Arvin Waterflood Unit | | G13 | 02914583 | Active | OG | 23 | 31S | 29E | 5900 |
| George - Arvin Waterflood Unit | ↓ | G2 | 02914575 | Idle | OG | 23 | 31S | 29E | 6000 |
| George - Arvin Waterflood Unit | | G3 | 02914576 | Idle | OG | 23 | 31S | 29E | 5800 |
| George - Arvin Waterflood Unit | | G5 | 02914577 | Idle | OG | 23 | 31S | 29E | 6000 |
| George - Arvin Waterflood Unit | | G7 | 02914578 | Idle | OG | 23 | 31S | 29E | 5960 |
| George - Arvin Waterflood Unit | (34.0) | G8 | 02914579 | Idle | WF | 23 | 31S | 29E | 6125 |
| George - Arvin Waterflood Unit | (34.0) | G9 | 02914580 | Idle | OG | 23 | 31S | 29E | 5810 |
| George - Kirkorian | (36.0) | 14X-23 | 02947968 | Active | OG | 23 | 31S | 29E | 6000 |
| George | | 14 | 02914590 | Active | OG | 23 | 31S | 29E | 6110 |
| George | | 15 | 02914591 | Active | OG | 23 | 31S | 29E | 6000 |
| George | | 16 | 02914592 | Active | OG | 23 | 31S | 29E | 5960 |
| George | ↓ | 17 | 02914593 | Active | OG | 23 | 31S | 29E | 5901 |
| George | | 18 | 02914594 | Active | OG | 23 | 31S | 29E | 6200 |
| George | | 19 | 02914595 | Active | WD | 23 | 31S | 29E | 5888 |
| George | | 20 | 02914596 | Idle | OG | 23 | 31S | 29E | 6200 |
| George | | 20X | 02946852 | Idle | OG | 23 | 31S | 29E | 6190 |
| George | | 21 | 02954044 | Active | OG | 23 | 31S | 29E | 6000 |
| George | (36.0) | 4 | 02914587 | Idle | OG | 23 | 31S | 29E | 5206 |
| Greer | | 1 | 02914306 | Active | OG | 19 | 30S | 29E | 5355 |
| Kane-Bloemer | | 1 | 02914331 | Active | OG | 19 | 30S | 29E | 5900 |
| Kane-Bloemer | | 2 | 02914332 | Active | OG | 19 | 30S | 29E | 5390 |
| Kane-Bloemer | | 3 | 02942136 | Active | OG | 19 | 30S | 29E | 5490 |
| Kane-Bloemer | | 4 | 02942167 | Active | OG | 19 | 30S | 29E | 5540 |
| Kane-Ross | | 1 | 02900653 | Active | OG | 19 | 30S | 29E | 5900 |
| Kundert | | 1 | 02914333 | Active | OG | 19 | 30S | 29E | 6200 |
| Kundert | | 2 | 02914334 | Active | OG | 19 | 30S | 29E | 5190 |
| Kundert | | 3 | 02914335 | Active | OG | 19 | 30S | 29E | 5990 |
| Nomeco-Yates | | 15-33 | 02965225 | Active | WD | 15 | 29S | 26E | 7000 |
| Nomeco-Yates | | 15-34 | 02968870 | Active | OG | 15 | 29S | 26E | 7000 |
| NW Strand | | 1 | 02954493 | Active | OG | 36 | 29S | 25E | 10060 |
| Portman | | 1 | 02914551 | Idle | OG | 14 | 31S | 29E | 6100 |
| Portman | | 2 | 02914552 | Idle | OG | 14 | 31S | 29E | 6100 |
| Portman | | 3 | 02914553 | Idle | OG | 14 | 31S | 29E | 6100 |

| Red Ribbon Lease 1 | (16.0) | 1 | 02906810 | Idle | OG | 27 | 29S | 27E | 4108 |
|---|---|---|---|---|---|---|---|---|---|
| Red Ribbon Lease 1 | ↓ | 2 | 02906811 | Idle | OG | 27 | 29S | 27E | 4242 |
| Red Ribbon Lease 1 | | 3 | 02906812 | Active | OG | 27 | 29S | 27E | 4010 |
| Red Ribbon Lease 1 | | 4 | 02906813 | Active | WD | 27 | 29S | 27E | 4260 |
| Red Ribbon Lease 1 | ↓ | 5 | 02906814 | Active | OG | 27 | 29S | 27E | 4220 |
| Red Ribbon Lease 1 | | 6 | 02906815 | Active | OG | 27 | 29S | 27E | 4145 |
| Red Ribbon Lease 1 | | 7 | 02906816 | Active | OG | 27 | 29S | 27E | 4182 |
| Red Ribbon Lease 2 | | 1 | 02908185 | Active | OG | 27 | 29S | 27E | 4300 |
| Red Ribbon Lease 2 | | 2 | 02908186 | Active | OG | 27 | 29S | 27E | 4125 |
| Red Ribbon Lease 2 | | 3 | 02908187 | Active | OG | 27 | 29S | 27E | 4230 |
| Red Ribbon Lease 2 | ↓ | 4 | 02908188 | Active | WD | 27 | 29S | 27E | 4224 |
| Smoot | | 3 | 02906824 | Active | OG | 28 | 29S | 27E | 4340 |
| Sunland-Smoot | | 1 | 02962637 | Active | OG | 28 | 29S | 27E | 4400 |
| Tenneco Fee | | 22-15 | 02960370 | Active | OG | 15 | 29S | 26E | 6920 |
| Tenneco Fee | (16.0) | 32X-15 | 02961422 | Active | OG | 15 | 29S | 26E | 7200 |
| Tenneco | (16.0) | 1 | 02962133 | Active | OG | 28 | 29S | 27E | 6960 |
| Welcome Valley Still-Mabury | | 1 | 02936282 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 10 | 02936291 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 11 | 02936292 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 1B | 02936278 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 2 | 02936283 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 2B | 02936279 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 3 | 02936284 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 4 | 02936285 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 4B | 02936281 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 5 | 02936286 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 6 | 02936287 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 7 | 02936288 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 8 | 02936289 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley Still-Mabury | | 9 | 02936290 | Idle | OG | 1 | 26S | 18E | 500 |
| Welcome Valley - North Basin Energy | | 1 | 02958858 | Idle | OG | 1 | 26S | 18E | 500 |

Total Wells = 132

# Sunray Petroleum, Inc.
## BATCH LEASES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Armstrong | 1 | 02906817 | Active | OG | 28 | 29S | 27E | 4365 |
| Dillon | 2 | 02908342 | Active | OG | 27 | 29S | 27E | 4005 |
| Duke | 1 | 02906819 | Active | WD | 28 | 29S | 27E | 4375 |
| E & H Dillon | 1 | 02906781 | Active | OG | 27 | 29S | 27E | 4070 |
| Nomeco-Yates | 15-33 | 02965225 | Active | WD | 15 | 29S | 26E | 7000 |
| Nomeco-Yates | 15-34 | 02968870 | Active | OG | 15 | 29S | 26E | 7000 |
| NW Strand | 1 | 02954493 | Active | OG | 36 | 29S | 25E | 10060 |
| Red Ribbon Lease 1 | 1 | 02906810 | Idle | OG | 27 | 29S | 27E | 4108 |
| Red Ribbon Lease 1 | 2 | 02906811 | Idle | OG | 27 | 29S | 27E | 4242 |
| Red Ribbon Lease 1 | 3 | 02906812 | Active | OG | 27 | 29S | 27E | 4010 |
| Red Ribbon Lease 1 | 4 | 02906813 | Active | WD | 27 | 29S | 27E | 4260 |
| Red Ribbon Lease 1 | 5 | 02906814 | Active | OG | 27 | 29S | 27E | 4220 |
| Red Ribbon Lease 1 | 6 | 02906815 | Active | OG | 27 | 29S | 27E | 4145 |
| Red Ribbon Lease 1 | 7 | 02906816 | Active | OG | 27 | 29S | 27E | 4203 |
| Red Ribbon Lease 2 | 1 | 02908185 | Active | OG | 27 | 29S | 27E | 4300 |
| Red Ribbon Lease 2 | 2 | 02908186 | Active | OG | 27 | 29S | 27E | 4125 |
| Red Ribbon Lease 2 | 3 | 02908187 | Active | OG | 27 | 29S | 27E | 4230 |
| Red Ribbon Lease 2 | 4 | 02908188 | Active | WD | 27 | 29S | 27E | 4224 |
| Smoot | 3 | 02906824 | Active | OG | 28 | 29S | 27E | 4340 |
| Sunland-Smoot | 1 | 02962637 | Active | OG | 28 | 29S | 27E | 4400 |
| Tenneco Fee | 22-15 | 02960370 | Active | OG | 15 | 29S | 26E | 6920 |
| Tenneco Fee | 32X-15 | 02961422 | Active | OG | 15 | 29S | 26E | 7200 |
| Tenneco | 1 | 02962133 | Active | OG | 28 | 29S | 27E | 6960 |

Received 3/31/10

PURPOSE/REMITTER: DAVID FLYNN

**US bank** Five Star Service Guaranteed ®

**CASHIER'S CHECK**

No. 7114500119

DATE: MARCH 31, 2010

PAY     ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

TO THE
ORDER OF:     MAINSTREAM VENTURES INC.

Location:     7114 BLUE DIAMOND RANCH

U.S. Bank National Association
Minneapolis, MN 55480

NON NEGOTIABLE

AUTHORIZED SIGNATURE

**$ 125,000.00**

30266 (04/06)

**US bank** Five Star Service Guaranteed ®

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT BORDER. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**CASHIER'S CHECK**

No. 7114500119

DATE: MARCH 31, 2010

93-38
929

PAY     ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS

TO THE
ORDER OF:     MAINSTREAM VENTURES INC.

PURPOSE/REMITTER: DAVID FLYNN

Location:     7114 BLUE DIAMOND RANCH

**$ 125,000.00**

# David Flynn - Jim Scott/Sunray Petroleum Loan Balance

| | Days | Interest Per Day | Interest | Balance |
|---|---|---|---|---|
| March | 1 | $69.44 | $69.44 | $125,069.44 |
| April | 30 | $69.44 | $2,083.20 | $127,152.64 |
| May | 31 | $69.44 | $2,152.64 | $129,305.28 |
| June | 30 | $69.44 | $2,083.20 | $131,388.48 |
| July | 31 | $69.44 | $2,152.64 | $133,541.12 |
| August | 31 | $69.44 | $2,152.64 | $135,693.76 |
| September | 30 | $69.44 | $2,083.20 | $137,776.96 |
| October | 31 | $69.44 | $2,152.64 | $139,929.60 |
| November | 30 | $69.44 | $2,083.20 | $142,012.80 |
| December | 31 | $69.44 | $2,152.64 | $144,165.44 |
| January | 31 | $69.44 | $2,152.64 | $146,318.08 |
| February | 28 | $69.44 | $1,944.32 | $148,262.40 |
| March | 31 | $69.44 | $2,152.64 | $150,415.04 |
| April | 30 | $70.44 | $2,113.20 | $152,528.24 |
| May | 31 | $71.44 | $2,214.64 | $154,742.88 |
| June | 10 | $72.44 | $724.40 | $155,467.28 |
| July | | $73.44 | $0.00 | $155,467.28 |
| August | | $74.44 | $0.00 | $155,467.28 |
| September | | $75.44 | $0.00 | $155,467.28 |

361 **Days from June 14, 2010 (Default day when Sunray sold assets pledged as collateral)**

$451,250.00 **Additional Interest per Loan Agreement from day Borrower defaulted on 6/14/10 by fraudulently selling assets pledged as collateral**

**$601,665.04 Total Due**





Debtor Name Inquiry

To view a specific filing document, select the **View** icon. A fee will be charged. Refer to the Fee Schedule in the HELP section for current fees.

Select an item under Filing Number to view all details for this record.

Select the **Show Details** button to view all details for all records.

This Debtor Name Search was performed on 02/25/2011 13:39 with the following search parameters:
**DEBTOR NAME: SUN RAY PETROLEUM**
**MAILING ADDRESS:**
**City, State, Country:**
**Date From: 02/25/2006**

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | ☑ | **11-7261349761** | **Financing Statement** | **02/22/2011 10:53** | **2** | **02/22/2016** |

| Debtor - Organization | SUNRAY PETROLEUM, INC. | 18803 HWY 65, BAKERSFIELD, CA, USA 93308 |
|---|---|---|

---

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|-------|------|---------------|-------------|-------------|-------|------------|
| ☐ | ☑ | **11-7261261714** | **Financing Statement** | **02/21/2011 21:08** | **6** | **02/21/2016** |

| Debtor - Organization | SUNRAY PETROLEUM, INC. | 18803 HWY 65, BAKERSFIELD, CA, USA 93308 |
|---|---|---|

---

Order Copies:  [ Selected Filings ]  [ All Filings ]       [ Show Details ]

Order Search Certificates:  [ With Copies ]       [ Without Copies ]

---



**SECRETARY OF STATE**
**STATE OF CALIFORNIA**

## UCC Filing Acknowledgement

02/22/2011

Page 1 of 1

FLYNN DAVID MICHAEL
1913 REALEZA COURT
LAS VEGAS NV 89102

Filing Fee: $5.00

Total Fee: **$5.00**

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement**      File Date: **02/22/2011**      File Time: **10:53**

Filing Number: **11-7261349761**      Lapse Date: **02/22/2016**

Debtor(s):
ORGANIZATION      **SUNRAY PETROLEUM, INC.**

**18803 HWY 65 BAKERSFIELD CA USA 93308**

Secured Party(ies):
INDIVIDUAL      **FLYNN, DAVID, MICHAEL,**

**1913 REALEZA COURT LAS VEGAS NV USA 89102**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. • SACRAMENTO, CA 95814 • PO BOX 942835 • SACRAMENTO, CA 94235-0001 • (916) 653-3516 • HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| A. NAME & PHONE OF CONTACT AT FILER [optional] | |
|---|---|
| DAVID FLYNN | |
| 702-277-8611 | |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
|---|---|
| DAVID MICHAEL FLYNN | |
| 1913 REALEZA COURT | |
| LAS VEGAS, NV 89102 | |
| USA | |

**DOCUMENT NUMBER:** 28011320002
**FILING NUMBER:** 11-7261349761
**FILING DATE:** 02/22/2011 10:53
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | Sunray Petroleum, Inc. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 18803 Hwy 65 | Bakersfield | CA | 93308 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| FLYNN | DAVID | MICHAEL | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1913 REALEZA COURT | LAS VEGAS | NV | 89102 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

See Attachment(s)

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT Is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# Sunray Petroleum, Inc. Assets

| Unit Number | Make/Model | Vin |
|---|---|---|
| T10 | International | |
| T20 | 72 Ford | F600RP47197 |
| P/U 1 | GMC SIERRA | 1GTJK333141F202469 |
| P/U 2 | 00 CHEVY | 1GCCS1945Y8107710 |
| P/U 3 | 99 FORD | 1FTNX21F9XED72000 |
| P/U 4 | 99 FORD | 1FTRX172111CF34509 |
| P/U 5 | 95 CHEVY | 1GZEV1455Z217263 |
| P/U 6 | 91 FORD | 2FTJF25G9MCB07128 |
| P/U 7 | 05 DODGE | |
| P/U 8 | 05 CHEVY | |
| P10 | UNION PUMP | |
| V10 | VAC TRAILER | TTM925 |
| 1 | 71 TAIL LINER | 6L92543 |
| 2 | 73 CALLAHAN | 20027 |
| 3 | 74 TRAIL MOBILE | 9223220022 |
| 4 | 73 BELL FLOWER | 110 |
| 5 | 79 UTILITY | 7L92321003 |
| KW1 | 97 KENTWORTH | IXXDD99X9VR737733 |
| KW2 | 75 KENT WATER | 143467S |
| A-FRAME 1 | 86 CHECY | 1GDE6D1A9GV101638 |
| A-FRAME-2 | 80 FORD | F60HVHD0195 |
| 1 | KING SWIVEL | |
| 2 | 8X30 SUBACE | |
| 3 | 40' MUD TANK FILTERS | |
| 4 | BREWSTER ROTARY TABLE | |
| 5 | 6" MISSION PUMP | |
| 6 | GENERATORS | |
| 7 | 2-GARDNER DENVER PUMPS | |
| 1 | SKID MOUNTED PUMP | |
| 1 | ALL DOWN HOLE TOOLS | |



**SECRETARY OF STATE**
**STATE OF CALIFORNIA**

## UCC Filing Acknowledgement

02/21/2011

Page 1 of 1

FLYNN D MICHAEL
1913 REALEZA COURT
LAS VEGAS NV 89102

| Filing Fee: | $5.00 |
|---|---|
| Total Fee: | **$5.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement**      File Date: **02/21/2011**      File Time: **21:08**

Filing Number: **11-7261261714**      Lapse Date: **02/21/2016**

Debtor(s):
ORGANIZATION      **SUNRAY PETROLEUM, INC.**

**18803 HWY 65 BAKERSFIELD CA USA 93308**

Secured Party(ies):
INDIVIDUAL      **FLYNN, DAVID, MICHAEL,**

**1913 REALEZA COURT LAS VEGAS NV USA 89102**

Filing by  the Secretary of State is not conclusive proof  that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information  on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
D FLYNN
702-277-8611

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
D MICHAEL FLYNN
1913 REALEZA COURT
LAS VEGAS, NV 89102
USA

DOCUMENT NUMBER: 28004450002
FILING NUMBER: 11-7261261714
FILING DATE: 02/21/2011 21:08
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | |
|---|---|
| **1a. ORGANIZATION'S NAME** Sunray Petroleum, Inc. | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 18803 Hwy 65 | Bakersfield | CA | 93308 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION CA | 1g. ORGANIZATIONAL ID#, if any ☑ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | |
|---|---|
| **2a. ORGANIZATION'S NAME** | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | |
|---|---|
| **3a. ORGANIZATION'S NAME** | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Flynn | David | Michael | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1913 Realeza Court | Las Vegas | NV | 89102 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

See Attachment(s)

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

☐ **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# SunRay Petroleum -- Current Equipment List

| Veh # | Year | Make | Model | Body Type | Vin # | NEW |
|---|---|---|---|---|---|---|
| 1 | 1964 | Wagner Morehouse | Double Rig | Rig | E90200B84 | $ 800,000.00 |
| 2 | 1979 | Wilson | Single Rig | Rig | 472MRI38DD10183 | $ 800,000.00 |
| 3 | 1970 | Wilson | Double Rig | Rig | 10349 | $ 1,500,000.00 |
| 4 | 1981 | Ideco | Double Rig | Skytop Rig | DMV81716CA | $ 800,000.00 |
| 5 | 1956 | Hopper | Double Rig | R-500 | 65860 | $ 1,500,000.00 |

| Other Eq | Year | Make | Model | Body Type | Vin # | NEW |
|---|---|---|---|---|---|---|
| 6 | 1984 | Zieman* | Backhoe Trailer | Trailer | 1ZE32X25EZP11587 | $ 6,000.00 |
| 7 | 1997 | Caterpillar* | 416 Backhoe | Backhoe | 4ZN01641 | $ 120,000.00 |
| 8 | 1984 | Dorsey | Dropdeck/Mud Pump Sha| | Trailer | 1DTP30W26EA163808 | $ 300,000.00 |

| Rig Tools | | NEW |
|---|---|---|
| 9 | 2 Sets of Rig Tools | $ 160,000.00 |
| 10 | 1 Set of Rig Tools | $ 80,000.00 |
| 11 | 1 Set of Tubing Tongs | $ 30,000.00 |

| Well Servicing, Drilling and Workover Equipment | | NEW |
|---|---|---|
| 12 | Triplex Pump - Detroit Diesel Engine Model 6-71, #6A190925-C/W | $ 150,000.00 |

| | TOTALS | $ 6,246,000.00 |
|---|---|---|

**Sunray Petroleum, Inc - List of oil well leases owned**

Information Located at:  http://opi.consrv.ca.gov/opi/opi.dll

| DIST | OPERATOR | FIELD | LEASE | WELL# | API | STATUS | POOL | TYPE | PWT STAT | S | T | R | BM | OP CD | FIELD | AREA | NAME | POOL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Sunray Petroleum, Inc | Mountain View | Kane-Ross | 1 | 02900653 | Active | 00 | OG | Active | 19 | 30S | 29E | NO | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Mountain View | Freeport | 1 | 02900895 | Idle | 00 | OG | Idle | 19 | 30S | 29E | NO | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | E & H Dillon | 1 | 02906781 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 1 | 02906810 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 2 | 02906811 | Active | 00 | OG | Idle | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 2 | 02906811 | Active | 00 | OG | Plugged | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 2 | 02906811 | Active | 15 | WD | Plugged | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | Martin & Kernco |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 3 | 02906812 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 4 | 02906813 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 4 | 02906813 | Active | 15 | WD | Plugged | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | Martin & Kernco |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 5 | 02906814 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 6 | 02906815 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 1 | 7 | 02906816 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Armstrong | 1 | 02906817 | Plugged | 00 | OG | Plugged | 28 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Armstrong | 1 | 02906817 | Plugged | 10 | WD | Cancelled | 28 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | Chanac |
| 4 | Sunray Petroleum, Inc | Fruitvale | Duke | 1 | 02906819 | Active | 00 | OG | Plugged | 28 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Duke | 1 | 02906819 | Active | 10 | WD | Active | 28 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | Kernco |
| 4 | Sunray Petroleum, Inc | Fruitvale | Duke | 1 | 02906824 | Active | 20 | OG | Active | 28 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Smoot | 3 | 02908185 | Active | 10 | WD | New | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | Chanac |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 2 | 1 | 02908185 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 2 | 2 | 02908186 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 2 | 3 | 02908187 | Active | 00 | OG | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc | Fruitvale | Red Ribbon Lease 2 | 4 | 02908188 | Active | 10 | WD | Active | 27 | 29S | 27E | NO | 57165 | 256 | 09 | Main Area | Chanac |

| Operator | Field | Lease | No. | API | Status | | | Status | | | | | | | | | Area | Pool |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sunray Petroleum, Inc. | Fruitvale | Red Ribbon Lease 2 | 4 | 02908188 | Active | 00 | 0G | Plugged | 27 | 29S | 27E | ND | 57165 | 256 | 09 | Main Area | No Pool Breakdown Chanac |
| Sunray Petroleum, Inc. | Fruitvale | Red Ribbon Lease 2 | 4 | 02908188 | Active | 10 | WF | Plugged | 27 | 29S | 27E | ND | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Fruitvale | Dillon | 2 | 02908342 | Active | 00 | 0G | Active | 27 | 29S | 27E | ND | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Fruitvale | Dillon | 3 | 02908439 | Active | 00 | 0G | Active | 27 | 29S | 27E | ND | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Fruitvale | Dillon | 4 | 02908440 | Active | 00 | 0G | Active | 27 | 29S | 27E | ND | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Kern Bluff | Hood-Bloemer | 1A | 02908792 | Idle | 05 | 0G | Idle | 18 | 29S | 29E | ND | 57165 | 336 | 00 | Any Area | Miocene |
| Sunray Petroleum, Inc. | Kern Bluff | Hood-Bloemer | 2 | 02908793 | Idle | 05 | 0G | Idle | 18 | 29S | 29E | ND | 57165 | 336 | 00 | Any Area | Miocene |
| Sunray Petroleum, Inc. | Kern Bluff | Hood-Bloemer | 3A | 02908794 | Idle | 05 | 0G | Idle | 18 | 29S | 29E | ND | 57165 | 336 | 00 | Any Area | Miocene |
| Sunray Petroleum, Inc. | Mountain View | Greer | 1 | 02914306 | Active | 00 | 0G | Active | 19 | 29S | 29E | ND | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Kane-Bloemer | 1 | 02914331 | Active | 00 | 0G | Active | 19 | 29S | 29E | ND | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Kane-Bloemer | 2 | 02914332 | Active | 00 | 0G | Active | 19 | 30S | 29E | ND | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Rosedale | Nomeco-Yates | 15-33 | 02965226 | Active | 10 | 0G | Plugged | 15 | 29S | 29E | ND | 57165 | 490 | 12 | Main Area | Stevens |
| Sunray Petroleum, Inc. | Rosedale | Nomeco-Yates | 15-34 | 02968870 | Active | 10 | 0G | Active | 15 | 29S | 26E | ND | 57165 | 624 | 06 | Main Area | Stevens |
| Sunray Petroleum, Inc. | Rosedale | Hood-Bloemer | 109 | 02969433 | Idle | 05 | 0G | Active | 18 | 29S | 26E | ND | 57165 | 624 | 06 | Main Area | Miocene |
| Sunray Petroleum, Inc. | Kern Bluff | Hood-Bloemer | 109 | 02969433 | Idle | 05 | 0G | Active | 18 | 29S | 29E | ND | 57165 | 336 | 00 | Any Area | Miocene |
| Sunray Petroleum, Inc. | Kern Bluff | Hood-Bloemer | 109 | 02969433 | Idle | 05 | SC | | 18 | 29S | 29E | ND | 57165 | 336 | 00 | Any Area | Miocene |
| Sunray Petroleum, Inc. | Kern Bluff | Hood-Bloemer | 108D | 02971724 | Idle | 05 | 0G | Idle | 18 | 29S | 29E | ND | 57165 | 336 | 00 | Any Area | Miocene |
| Sunray Petroleum, Inc. | Mountain View | Kundert | 1 | 02914333 | Active | 00 | 0G | Active | 19 | 30S | 29E | ND | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Kundert | 2 | 02914334 | Active | 00 | 0G | Active | 19 | 30S | 29E | ND | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Kundert | 3 | 02914335 | Active | 00 | 0G | Active | 19 | 30S | 29E | ND | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | D1 | 02914540 | Active | 00 | 0G | Active | 14 | 31S | 29E | ND | 57165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Portman | 1 | 02914551 | Idle | 00 | 0G | Idle | 14 | 31S | 29E | ND | 57165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Portman | 2 | 02914552 | Active | 00 | 0G | Active | 14 | 31S | 29E | ND | 57165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Portman | 3 | 02914553 | Active | 00 | 0G | Active | 14 | 31S | 29E | ND | 57165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G1 | 02914574 | Idle | 00 | 0G | Idle | 23 | 31S | 29E | ND | 57165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G2 | 02914575 | Idle | 00 | 0G | Idle | 23 | 31S | 29E | ND | 57165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G3 | 02914576 | Idle | 00 | 0G | Idle | 23 | 31S | 29E | ND | 57165 | 490 | 03 | Arvin Area | No Pool Breakdown |

| | Operator | Field | Lease | Well | API | Status | | Fluid | Well Status | | | | | | | | Area | Pool |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G3 | 02914576 | Idle | 10 | WD | Cancelled | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | Chanac-George |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G5 | 02914577 | Idle | 00 | OG | Idle | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G7 | 02914578 | Idle | 00 | OG | Idle | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood | G7 | 02914578 | Idle | 15 | OG | Plugged | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | Santa Margarita |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G8 | 02914579 | Idle | 10 | WF | Idle | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | Chanac-George |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G9 | 02914580 | Active | 00 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G10 | 02914581 | Active | 10 | OG | Plugged | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood | G10 | 02914581 | Active | 00 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood | G11 | 02914582 | Active | 10 | WF | Plugged | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | Chanac-George |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood | G11 | 02914582 | Active | 00 | OG | Plugged | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G11 | 02914582 | Active | 10 | WD | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | Chanac-George |
| 4 | Sunray Petroleum, Inc. | Mountain View | Arvin Waterflood Unit | G13 | 02914583 | Active | 10 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | Chanac-George |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 4 | 02914587 | Idle | 10 | OG | Idle | 23 | 31S | 29E | MD | $7165 | 490 | 06 | Arvin, West Area | Richards |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 14 | 02914590 | Active | 00 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 15 | 02914591 | Active | 00 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 16 | 02914592 | Active | 00 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 16 | 02914592 | Active | 10 | WD | New | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | Chanac-George |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 17 | 02914593 | Active | 00 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 18 | 02914594 | Active | 00 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 19 | 02914995 | Active | 05 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 03 | Arvin, West Area | Kern River |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 20 | 02914996 | Active | 10 | OG | Active | 23 | 31S | 29E | MD | $7165 | 490 | 06 | Arvin, West Area | Richards |
| 4 | Sunray Petroleum, Inc. | Mountain View | Kane-Bloemer | 3 | 02942136 | Idle | 00 | OG | Idle | 19 | 30S | 29E | MD | $7165 | 490 | 12 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | Kane-Bloemer | 4 | 02942167 | Active | 00 | OG | Active | 19 | 30S | 29E | MD | $7165 | 490 | 12 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | Fuller Acres | 1 | 02944714 | Active | 15 | WD | New | 19 | 30S | 29E | MD | $7165 | 490 | 12 | Main Area | Transition-Santa Margarita |
| 4 | Sunray Petroleum, Inc. | Mountain View | Fuller Acres | 2 | 02946341 | Active | 00 | OG | New | 19 | 30S | 29E | MD | $7165 | 490 | 12 | Main Area | No Pool Breakdown |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Sunray Petroleum, Inc. | Mountain View | Fuller Acres | 3 | 02946342 | Active | 00 | OG | Active | 19 | 30S | 29E | MD | 57165 | 490 | 12 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 20X | 02946852 | Active | 15 | OG | Active | 23 | 31S | 29E | MD | 57165 | 490 | 06 | Arvin, West, Area | Chanac-Cattani |
| 4 | Sunray Petroleum, Inc. | Mountain View | Kirkorian | 14X-23 | 02947966 | Active | 15 | OG | Active | 23 | 31S | 29E | MD | 57165 | 490 | 06 | Arvin, West, Area | Chanac-Cattani |
| 4 | Sunray Petroleum, Inc. | Midway-Sunset | Altoona | C-2 | 02851639 | Plugged | 00 | OG | Plugged | 25 | 32S | 23E | MD | 57165 | 464 | 00 | Any Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Midway-Sunset | Altoona | C-2 | 02851639 | Plugged | 00 | SC | Plugged | 25 | 32S | 23E | MD | 57165 | 464 | 00 | Any Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Mountain View | George | 21 | 02854044 | Active | 00 | OG | Active | 23 | 31S | 29E | MD | 57165 | 490 | 03 | Arvin Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Strand | NW Strand | 1 | 02854493 | Idle | 05 | OG | Idle | 36 | 29S | 25E | MD | 57165 | 720 | 09 | Northwest Area | Stevens |
| 4 | Sunray Petroleum, Inc. | Rosedale | Tenneco Fee | 22-15 | 02860370 | Active | 10 | OG | Active | 15 | 29S | 26E | MD | 57165 | 624 | 06 | Main Area | Stevens |
| 4 | Sunray Petroleum, Inc. | Rosedale | Tenneco Fee | 32X-15 | 02861422 | Active | 10 | OG | Active | 15 | 29S | 26E | MD | 57165 | 624 | 06 | Main Area | Stevens |
| 4 | Sunray Petroleum, Inc. | Rosedale | Tenneco | 1 | 02862133 | Active | 00 | OG | Active | 28 | 29S | 27E | MD | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Fruitvale | Sunland-Smoot | 1 | 02862637 | Active | 00 | OG | Active | 28 | 29S | 27E | MD | 57165 | 256 | 09 | Main Area | No Pool Breakdown |
| 4 | Sunray Petroleum, Inc. | Rosedale | Nomeco-Yates | 15-33 | 02965225 | Active | 05 | WD | Active | 15 | 29S | 26E | MD | 57165 | 624 | 06 | Main Area | Etchegoin |

COMP
**COGBURN LAW OFFICES**
ANDREW L. REMPFER, ESQ.
Nevada State Bar No. 008628
DAVID J. WEDEMEYER, ESQ.
Nevada State Bar No. 011318
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Telephone (702) 384-3616
Facsimile (702) 943-1936
ALR@Cogburnlaw.com
Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

DAVID FLYNN, an individual,

    Plaintiff,

v.

SUNRAY PETROLEUM, INC., a domestic corporation; JAMES W. SCOTT, an individual; MAINSTREAM VENTURES, INC., a domestic corporation; RJ WELCH, an individual; and DOES I through X inclusive; ROE Corporations I through X, inclusive,

    Defendants.

Case No.:
Dept No.:

**COMPLAINT**

**Request for Exemption from Arbitration: Amount in excess $50,000**

COMES NOW, Plaintiff DAVID FLYNN, an individual (hereinafter referred to as "Plaintiff") by and through his counsel of record, Cogburn Law Offices, and for his complaint against SUNRAY PETROLEUM, INC., a domestic corporation; JAMES W. SCOTT, an individual; MAINSTREAM VENTURES, INC., a domestic corporation; and RJ WELCH, an individual (collectively "Defendants"), alleges as follows:

///
///
///
///
///

Page 1 of 10

COGBURN LAW OFFICES
1701 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

**THE PARTIES**

1.  At all relevant times to this Complaint, Plaintiff was a resident of the County of Clark, State of Nevada.

2.  At all relevant times to this Complaint, SUNRAY PETROLEUM, INC. was a business incorporated under the laws of the State of Nevada conducting business within the County of Clark, State of Nevada.

3.  At all relevant times to this Complaint, MAINSTREAM VENTURES, INC. was a business incorporated under the laws of the State of Nevada conducting business within the County of Clark, State of Nevada.

4.  At all relevant times to this Complaint, JAMES W. SCOTT ("Scott") was the owner of SUNRAY PETROLEUM, INC. and solicited business in the County of Clark, State of Nevada.

5.  At all relevant times to this Complaint, RJ WELCH ("Welch") was a resident of the County of Clark, State of Nevada.

6.  DOE Defendants I through X, inclusive, and ROE Corporation Defendants I through X, inclusive, are unknown at the present and thus sued by Plaintiff in such fictitious names. Plaintiff alleges, however, that said Defendants are in some manner responsible for the damages sustained by Plaintiff and that said Defendant will be named with particularity once their identities are known. At such time, Plaintiff will seek leave of court to state more fully therein the names, acts, and/or omissions.

**GENERAL ALLEGATIONS**

7.  During the year 2010, Plaintiff worked in the commercial real estate industry in Las Vegas, Nevada.

8.  Through his dealings in commercial real estate, Plaintiff knew RJ Welch ("Welch"). Plaintiff and Welch discussed, among other things, potential business opportunities as Welch searched for investors a company he was affiliated with, Mainstream Ventures, Inc.

9.  Welch attempted to raise capital for Mainstream Ventures, Inc. from various sources such as Plaintiff's business associates in the commercial real estate industry as well.

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

10. Plaintiff believed Welch was both an investor and an employee or consultant to Mainstream Ventures, Inc.

11. During January 2010, Welch presented Plaintiff with a chance to invest in Mainstream Ventures, Inc., Welch's startup company that marketed and sold a line of powered energy drinks under the brand "ZizZazz".

12. Welch – acting as the intermediary between Plaintiff and James W. Scott – proposed several different structures for loans he was soliciting for Mainstream Ventures, Inc.

13. Welch represented to Plaintiff that Scott agreed with Welch and Mainstream Ventures, Inc. to guaranty any loans provided by Plaintiff. Plaintiff was not privy to the negotiations regarding Scott guarantying Plaintiff's loans, thus has not personal knowledge of those negotiations with the exceptions of the representations made to him.

14. The backbone of the proposed loan structures was personal guarantees and collateral pledges offered by Scott, which would be secured by Sunray Petroleum, Inc. assets owned or purported to be owned by Scott.

15. Welch sent Plaintiff several emails regarding Scott's Sunray Petroleum, Inc. assets including, among other things, the purported value of the assets.

16. Specifically, on March 18, 2010 Welch sent Plaintiff multiple emails regarding Sunray Petroleum, Inc.'s company background, information on assets, and several asset schedules listing assets valued at over $10,000,000.00.

17. Plaintiff met with the management team of Mainstream Ventures, Inc./ZizZazz and agreed to loan Mainstream Ventures, Inc. $125,000.00 on a one (1) year promissory note at an interest rate of twenty percent (20%), plus one percent (1%) per day if the loan was not paid back in full pursuant to the terms and conditions of the contract and promissory note.

18. In addition, Plaintiff was to receive 1,250,000 warrants to purchase shares of common stock in Mainstream Ventures, Inc. with an option to convert the entire principal and interest into an additional 1,250,000 shares of Mainstream Ventures, Inc.

19. Plaintiff's $125,000.00 loan to Mainstream Ventures, Inc. was personally guaranteed by Scott, Mainstream Ventures, Inc., and Sunray Petroleum, Inc.

Page 3 of 10

20. Scott pledged his assets in Sunray Petroleum, Inc. as collateral to secure Plaintiff's loan, including, without limitation, one hundred thirty-two (132) petroleum leased alleged to be worth millions of dollars, specific equipment alleged to have a liquidation value of $1,526,500.00, other real property, personal property, or any rights owned or leased by or to which Sunray Petroleum, Inc. would have been entitled to, which would have been associated with any of the above pledged assets on or after March 31, 2010 (collectively "Pledged Assets").

21. Scott offered the pledged assets as collateral to secure Plaintiff's laon and used to induce Plaintiff to lend the money.

22. Prior to the execution of the loan documents, Welch informed Plaintiff that Scott was finalizing the sale of his assets in Sunray Petroleum, Inc. and that Plaintiff would likely be repaid shortly thereafter.

23. Based on this information, Plaintiff leveraged his ownership interest in a theater in the Planet Hollywood Resort & Casino in the sum of $100,000.00. Plaintiff's ownership interest was substantially more than $100,000.00.

24. On or about March 31, 2010, Plaintiff and Defendants executed the loan documents and Plaintiff provided a cashier's check to Mainstream Ventures, Inc. for the sum of $125,000.00.

25. Pursuant to the terms and conditions of the agreement between Plaintiff and Defendants, Plaintiff was to receive UCC-1 filings to secure his interest with Scott's assets in Sunray Petroleum, Inc. as collateral for the $125,000.00 loan to Mainstream Ventures, Inc.

26. On or about April 1, 2010, Plaintiff received the purported UCC-1 filings via an three (3) emails sent from Welch.

27. Plaintiff would later come to discover the purported UCC-1 liens were never filed, the formed sent to Plaintiff by Welch were outdated and would not have been accepted by the California Secretary of State's office even if they had been submitted.

28. On or about mid-April 2010, Welch represented to Plaintiff the sale of the collateral assets was pending and that Plaintiff would be repaid shortly thereafter.

Page 4 of 10

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

29.     On or about mid-May 2010, Welch again represented to Plaintiff the sale of the collateral assets was pending and that Plaintiff would be repaid shortly thereafter.

30.     Defendants represented to Plaintiff Sunray Petroleum, Inc. assets would be sold, but did not distinguish as to which assets specifically would be sold. Plaintiff believed Welch's representations and believed intended to fulfill his contractual obligations to use the proceeds from any sale of Pledged Assets to repay the loan.

31.     During June 2010, Plaintiff began working at Global Business Marketing, Inc. ("GBM").

32.     Prior to Plaintiff's affiliation with GBM, Scott was already a member of GBM's Board of Directors and was working with GBM to market a soil amendment from a mine purportedly owned by Scott.

33.     During the final days of June 2010, while in a meeting at GBM, Plaintiff asked Scott about the pending sale of the Pledged Assets. Scott represented there was no sale contemplated and Welch was mistaken.

34.     Plaintiff would later learn Scott previously sold many of the Pledged Assets prior to this conversation.

35.     Scott failed to inform Plaintiff that on or about June 14, 2010, Scott sold the majority of the Sunray Petroleum, Inc. assets pledged as collateral for the $125,000.00, which Plaintiff had a putative security interest in pursuant to UCC-1.

36.     Plaintiff's obligation to repay the $100,000.00 loan – leveraging his ownership interest in the theater – was due on July 1, 2010. To date, Plaintiff has not received an payments/funds from defendants.

37.     As a result of Scott's acts and/or omissions as set forth in the preceding paragraphs, Plaintiff could not repay the $100,000.00 and lost his interest in the theater.

38.     On February 21, 2011, Plaintiff reviewed the loan documents as the loan was coming due.

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

39.     After searching the leases online, Plaintiff became aware the majority of the wells pledged to him as collateral assets by Scott had been sold to Amrich Energy, a California business.

40.     As a result, Plaintiff immediately contacted Amrich Energy regarding Sunray's Assets and was informed that in fact on June 14, 2010, Amrich purchased the majority of the Sunray Petroleum, Inc. assets pledged as collateral by Scott and was closing on the remaining Pledged Assets shortly thereafter.

41.     As a result of the information obtained from Amrich Energy of California, Plainitff immediately filed the UCC-1 liens on the remaining assets and informed Amrich Energy of California via facsimile and email that he had an interest in the assets.

42.     On February 22, 2011, Plaintiff called Scott to discuss his concerns regarding the loan and collateral assets. Scott threatened Plaintiff and represented that if Plaintiff "dared" to lien any assets, Scott would go to the Attorney General and accuse Plaintiff of fraud.

43.     Plaintiff was never repaid the loan of $125,000.00 he issued to Mainstream Venture, Inc. pursuant to the terms and conditions of the agreement between the Parties.

44.     As a result of Defendants' acts and/or omissions, Plaintiff suffered injury and has been damages in an amount in excess of $10,000.00.

45.     Further, as a result of Defendants' acts and/or omissions, Plaintiff was forced to retain the services of counsel to prosecute this action and therefore is entitled to attorneys' fees and costs.

### FIRST CLAIM FOR RELIEF
#### (Breach of Contract)

46.     Plaintiff repeats and realleges and incorporates by reference the allegations set forth above as though fully stated herein.

47.     On or about March 31, 2010, Plaintiff and Defendants executed a valid contract for a loan in the sum of $125,000.00 to be issued to Mainstream Ventures, Inc. personally guaranteed by Scott.

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

48.     Plaintiff fulfilled his obligations pursuant to the terms of the executed contract.

49.     Defendants breached this agreement by failing to repay the loan pursuant to the terms and conditions of the executed contract and the promissory note.

50.     Defendants breached this agreement by selling the assets that were pledged as collateral pursuant to the terms and conditions of the executed contract and the promissory note.

51.     Defendants further breached the executed contract by selling assets that were to be held by Scott to secure Plaintiff's interest in the assets pursuant to the terms and conditions of the executed contract.

52.     As a direct and proximate cause of breach, Plaintiff has suffered damages.

53.     Plaintiff has been forced to retain the services of an attorney to prosecute this matter and is entitled to reasonable costs and attorneys' fees incurred herein.

## SECOND CLAIM FOR RELIEF
### (Contractual Breach of Covenant of Good Faith and Fair Dealing)

54.     Plaintiff repeats and realleges and incorporates by reference the allegations set forth above as though fully stated herein.

55.     Plaintiff and Defendants are parties to a valid and existing contract.

56.     Defendants owe a duty of good faith and fair dealing to Plaintiff under the terms of the contract.

57.     By failing to abide by the terms of the agreement by selling the assets which were to be held by Scott as collateral for Plaintiff's loan to Mainstream Ventures, Inc. and further misrepresenting to Plaintiff that the assets had not been sold.

58.     By intentional misrepresenting to Plaintiff his UCC-1 liens had been filed when in fact the liens had not been filed, Defendants breached its duty of good faith and fair dealing.

59.     As a direct and proximate result of Defendants' breach of its duty of good faith and fair dealing, Plaintiff has suffered damages in excess of $10,000.00.

Page 7 of 10

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

60.     Plaintiff has been forced to retain the services of an attorney to prosecute this matter and is entitled to reasonable costs and attorneys' fees incurred herein.

### THIRD CLAIM FOR RELIEF
### (Constructive Fraud)

61.     Plaintiff repeats and realleges and incorporates by reference the allegations set forth above as though fully stated herein.

62.     Defendants owed a legal and equitable duty to Plaintiff arising from the relationship of confidence between the Parties established during the negotiations between the Parties.

63.     Defendants breached this duty be misrepresenting the UCC-1 liens were filed on behalf of Plaintiff, by failing to disclose the true nature/ownership of the Sunray Petroleum, Inc. assets owned by Scott, and by inducing Plaintiff to enter the agreement by misrepresenting the facts and circumstances of the transaction.

64.     As a direct and proximate result of Defendants' breach of its duty of good faith and fair dealing, Plaintiff has suffered damages in excess of $10,000.00.

65.     Plaintiff has been forced to retain the services of an attorney to prosecute this matter and is entitled to reasonable costs and attorneys' fees incurred herein.

### FOURTH CLAIM FOR RELIEF
### (Intentional/Negligent Misrepresentation)

66.     Plaintiff repeats and realleges and incorporates by reference the allegations set forth above as though fully stated herein.

67.     Defendants made false representations to Plaintiff regarding the facts and circumstances of the collateral assets.

68.     Defendants knew or believed their representations were false, or lacked sufficient basis of information for making the representations.

69.     Defendants intended to induce Plaintiff to enter into the agreements and provide a loan of $125,000.00.

70.     Plaintiff justifiably relied on Defendants' representations and formed his basis that Defendants would fulfill their respective obligations regarding the loan.

71.     As a direct and proximate result of Defendants' breach of its duty of good faith and fair dealing, Plaintiff has suffered damages in excess of $10,000.00.

72.     Plaintiff has been forced to retain the services of an attorney to prosecute this matter and is entitled to reasonable costs and attorneys' fees incurred herein.

### FIFTH CLAIM FOR RELIEF
### (Unjust Enrichment)

73.     Plaintiff repeats and realleges and incorporates by reference the allegations set forth above as though fully stated herein.

74.     Pursuant to the terms and conditions of the contract, Plaintiff provided Defendants with a cashier's check in the sum of $125,000.00.

75.     Defendants failed to fulfill their respective obligations pursuant to the contract and promissory note between the Parties and have falsely or otherwise misrepresented the facts and circumstances to induce Plaintiff to provide them $125,000.00.

76.     To date, Defendants have not remitted payment of any kind to Plaintiff and have been unjustly enriched – at a minimum in the sum of $125,000.00 – by accepting Plaintiff's $125,000.00 with no intention of repaying the loan.

77.     As a direct and proximate result of Defendants' breach of its duty of good faith and fair dealing, Plaintiff has suffered damages in excess of $10,000.00.

78.     Plaintiff has been forced to retain the services of an attorney to prosecute this matter and is entitled to reasonable costs and attorneys' fees incurred herein.

### SIXTH CLAIM FOR RELIEF
### (Conversion)

79.     Plaintiff repeats and realleges and incorporates by reference the allegations set forth above as though fully stated herein.

Page 9 of 10

80.     Defendants have wrongfully exerted control, possession or domain over Plaintiff's funds in the sum of – at a minimum - $125,000.00.

81.     Defendants' retention of Plaintiff's $125,000.00 is adverse and inconsistent to Plaintiff's right to have the $125,000.00 repaid pursuant to the terms and conditions of the contract and promissory note.

82.     Defendants' actions were in derogation, exclusion, or defiance of Plaintiff's title or rights in the $125,000.00.

83.     As a direct and proximate result of Defendants' breach of its duty of good faith and fair dealing, Plaintiff has suffered damages in excess of $10,000.00.

84.     Plaintiff has been forced to retain the services of an attorney to prosecute this matter and is entitled to reasonable costs and attorneys' fees incurred herein.

**WHEREFORE,** Plaintiffs pray for relief and judgment, as follows:

1.  Damages in excess of Ten Thousand dollars ($10,000.00);

2.  An award of reasonable attorneys' fees and costs; and

3.  Any other relief the Court deems fair and just.


DATED this _15th_ day of April, 2011.

<div align="right">

COGBURN LAW OFFICES


By: _____
Andrew L. Rempfer, Esq.
David J. Wedemeyer, Esq.
Attorneys for Plaintiff

</div>

<div style="writing-mode: vertical">

COGBURN LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 384-3616 FAX: (702) 943-1936

</div>

Page 10 of 10



**Assessor • Recorder**

► County Homepage

## Document Details

◄ **Prev Doc**

- Home Page
- About This Site
- Official Documents
- Vital Documents
- Maps

| | |
|---|---|
| Document Number: | 210077304 |
| Document Date: | 06/14/2010 |
| Pages: | 2 |
| Document Type: | 0001 - Deed |
| Image Available: | NO |
| Book/Page: | NA / NA |
| Parcel Number: | NA |

| Grantor Names | Grantee Names |
|---|---|
| SUNRAY PETRO INC | AMRICH ENERGY INC |

Back to document list



## Assessor • Recorder

► County Homepage

**R**
⊕ **Home Page**
⊕ **About This Site**
⊕ **Official Documents**
⊕ **Vital Documents**
⊕ **Maps**

## Document Details

◄ **Prev Doc   Next Doc** ►

| | |
|---|---|
| **Document Number:** | 210077305 |
| **Document Date:** | 06/14/2010 |
| **Pages:** | 12 |
| **Document Type:** | 0248 - Asgt & Bill Sale Oil & Gas Lse |
| **Image Available:** | NO |
| **Book/Page:** | NA / NA |
| **Parcel Number:** | NA |

| Grantor Names | Grantee Names |
|---|---|
| SUNRAY PETRO INC | AMRICH ENERGY INC |
| MONTEREY MINERALS & LAND CO | |
| WM G KERCHOFF CO | |
| BARONCINI DICK F | |
| BASTIAN GEORGE N | |
| BASTIAN SHIRLEY J | |

Back to document list

## Assessor • Recorder

► County Homepage



- ⊙ Home Page
- ⊙ About This Site
- ⊙ Official Documents
- ⊙ Vital Documents
- ⊙ Maps

## Document Details

◄ Prev Doc  Next Doc ►

| | |
|---|---|
| Document Number: | 210088176 |
| Document Date: | 07/02/2010 |
| Pages: | 2 |
| Document Type: | 0003 - Deed - Quitclaim |
| Image Available: | NO |
| Book/Page: | NA / NA |
| Parcel Number: . | NA |

| Grantor Names | Grantee Names |
|---|---|
| SUNRAY PETRO INC | AMRICH ENERGY INC |

Back to document list